```
         UNITED STATES DISTRICT COURT
       SOUTHERN DISTRICT OF WEST VIRGINIA
                 AT CHARLESTON
```

**ERIK CURRAN,**

       **Plaintiff,**

**v.**                    **Civil Action No. 2:07-0354**

**AMAZON.COM, INC.,**
**GETTY IMAGES, INC.,**
**ST. MARTIN'S PRESS, LLC,**
**SIDESHOW, INC.,**
**HOT TOYS, LTD., and**
**CAFÉ PRESS.COM, INC.,**

       **Defendants.**

### ORDER AND NOTICE

Pursuant to L.R. Civ. P. 16.1, it is ORDERED that the following dates are hereby fixed as the time by or on which certain events must occur:

| Date | Event |
|---|---|
| 06/27/2007 | Motions under F.R. Civ. P. 12(b), together with supporting briefs, memoranda, affidavits, or other such matter in support thereof. (All motions unsupported by memoranda will be denied without prejudice pursuant to L.R. Civ. P. 7.1 (a)). |
| 07/09/2007 | Last day for Rule 26(f) meeting. |
| 07/16/2007 | Last day to file Report of Parties' Planning Meeting. See L.R. Civ. P. 16.1. |
| 08/02/2007 | Scheduling conference at 11:00 a.m., which shall take place before United States Magistrate Judge Mary E. Stanley at the Robert C. Byrd United States Courthouse, 300 Virginia Street East, Room 5408 (Library/Conference Room), Charleston, West Virginia. All lead and/or local counsel are directed to appear in person, and all out-of-town counsel may appear by telephone. |
| 08/08/2007 | Entry of scheduling order. |
| 08/31/2007 | Last day to serve F.R. Civ. P 26(a)(1) disclosures. |

NOTICE

The provisions of F.R. Civ. P. 14 and 15 with respect to the time in which to file third-party claims and to amend pleadings without leave of court are not affected by this Order and Notice. Pursuant to L.R. Civ. 16.1 and 73.1, the parties are informed of their opportunity to consent to the exercise by a magistrate judge of civil jurisdiction over the case, including entry of judgment, as authorized by 28 U.S.C. § 636.  The parties may consent by filing a Consent to Jurisdiction by a United States Magistrate Judge (F.R. Civ. P. Form 34), or by so indicating on the Report of Parties' Planning Meeting, both of which are available on the court's website.

The Clerk is requested to transmit this Order and Notice to all counsel of record and to any unrepresented parties.

DATED: June 7, 2007

John T. Copenhaver, Jr.
United States District Judge