USDC/ATTY-001 (Rev. 07/06) | LR Civ P 83.6 or LR Cr P 44.6  Statement of Visiting Attorney and Designation of Local Counsel

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
### AT SELECT ONE:

ERIC CURRAN, Plaintiff
v.
AMAZON.COM, INC., a Delaware Corp.,
GETTY IMAGES, INC., a Delaware Corp.,
ST. MARTIN'S PRESS, LLC, a New York
Corp.; SIDESHOW INC., d/b/a SIDESHOW
COLLECTIBLES, a Delaware Corp.; HOT TOYS
LTD., a business entity incorporated in Hong
Kong; and CAFEPRESS.COM, INC., a Delaware Corp.,
Defendants

Select:

STATEMENT OF VISITING ATTORNEY
AND DESIGNATION OF LOCAL COUNSEL

NUMBER
2:07-0354

| Wendy M. Mantell, Greenberg Traurig, LLP | CA. 225544 |
|---|---|
| *Name of Visiting Attorney and firm name* | *Bar ID number* |

Defendant CafePress.com, Inc.
*Name of party represented*

California State Bar, 1149 S. Hill Street, Los Angeles, CA  90015
New York State Bar, 1 Elk Street, Albany, New York  12207
*Name and address of the Bar(s) of which the Visiting Attorney is a member in good standing*

2450 Colorado Avenue, Suite 400E, Santa Monica, CA  90404
*Visiting Attorney's office address*

| (310) 586-6522 | (310) 586-7800 | Mantellw@gtlaw.com |
|---|---|---|
| *Visiting Attorney's office telephone number* | *Office fax number* | *Email address* |

| John Tinney, The Tinney Law Firm, PLLC | WV |
|---|---|
| *Name of Sponsoring Attorney and firm name* | *WV Bar ID number* |

707 Virginia Street, East
Charleston, WV  25337-3752
*Sponsoring Attorney's office address*

| (304) 720-3310 | (304) 720-3315 | Johntinney@tinneylawfirm.com |
|---|---|---|
| *Sponsoring Attorney's office telephone number* | *Office fax number* | *Email address* |

USDC/ATTY-001 (Rev. 07/06) | LR Civ P 83.6 or LR Cr P 44.6  Statement of Visiting Attorney and Designation of Local Counsel

## VISITING ATTORNEY'S CERTIFICATION

I hereby certify that I am a member in good standing of the Bar(s) listed in the Statement of Visiting Attorney. I further certify that I have paid the West Virginia State Bar its prescribed pro hac vice fee for this case, and complied with the West Virginia State Bar's requirements for attorneys admitted pro hac vice.

6/4/07
Date

_[signature]_
Signature of Visiting Attorney

## SPONSORING ATTORNEY'S CERTIFICATION

I hereby certify that I am admitted to practice before the Supreme Court of Appeals of West Virginia, I am a member in good standing of the West Virginia State Bar, and I am a member of the bar of this Court. I further certify that I have an office for the practice of law in West Virginia, and I practice law primarily in West Virginia. I agree that pleadings, notices, and other papers may be served on me in this case. I consent to being the Sponsoring Attorney for the above-named Visiting Attorney and I shall hereafter sign all papers that require the signature of an attorney.

6.07.07
Date

_[signature]_
Signature of Sponsoring Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

ERIK CURRAN,

      Plaintiff,

v.                                    CIVIL ACTION NO.: 2:07-0354

AMAZON.COM, INC., a
Delaware corporation; GETTY
IMAGES, INC., a Delaware
corporation; ST. MARTIN'S
PRESS, LLC, SIDESHOW INC.,
d/b/a SIDESHOW COLLECTIBLES,
a Delaware corporation; HOT TOYS
LTD., a business entity incorporated
in Hong Kong; AND CAFEPRESS.COM,
INC., a Delaware corporation,

      Defendants.

## CERTIFICATE OF SERVICE

I, John H. Tinney, hereby certify that on the 7th day of June, 2007, the foregoing **"Statement of Visiting Attorney and Designation of Local Counsel"** was electronically filed with the Clerk of the Court and served electronically upon:

      Marvin W. Masters, Esquire
      Charles M. Love, IV, Esquire
      The Masters Law Firm
      181 Summers Street
      Charleston, WV 25301

      David A. Barnette, Esquire
      W. Scott Evans, Esquire
      Jackson Kelly PLLC
      P. O. Box 553
      Charleston, WV 25322

and by depositing a true copy thereof in the United States first-class mail, postage prepaid, and addressed to counsel as follows:

        Elizabeth L. Taylor, Esquire
        Flaherty Sensabaugh & Bonasso
        P. O. Box 3843
        Charleston, WV  25338-3843

        /s/ John H. Tinney
        John H. Tinney (WV State Bar #3766)