USDC/ATTY-001 (Rev. 07/06) | LR Civ P 83.6 or LR Cr P 44.6  Statement of Visiting Attorney and Designation of Local Counsel

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
### AT SELECT ONE:

ERIK CURRAN, Plaintiff
v.
AMAZON.COM, INC., a Delaware corp.,
GETTY IMAGES, INC., a Delaware corp.,
ST. MARTIN'S PRESS, LLC, a New York corp.; SIDESHOW INC., d/b/a SIDESHOW COLLECTIBLES, a Delaware corp.;
HOT TOYS, LTD., a business entity incorporated in Hong Kong; and
CAFEPRESS.COM, INC., a Delaware corp., Defendants.

STATEMENT OF VISITING ATTORNEY AND DESIGNATION OF LOCAL COUNSEL

Select:

NUMBER
2:07-0354

| Ian C. Ballon, Greenberg Traurig LLP | Calif. State Bar 141819 |
|---|---|
| *Name of Visiting Attorney and firm name* | *Bar ID number* |

CAFEPRESS.COM, INC.
*Name of party represented*

Please see attached list
*Name and address of the Bar(s) of which the Visiting Attorney is a member in good standing*

2450 Colorado Ave., Suite 400E
Santa Monica, CA  90404
*Visiting Attorney's office address*

| 310-586-6575 | 310-586-0575 | ballon@gtlaw.com |
|---|---|---|
| *Visiting Attorney's office telephone number* | *Office fax number* | *Email address* |

| John Tinney, The Tinney Law Firm, PLLC | WV |
|---|---|
| *Name of Sponsoring Attorney and firm name* | *WV Bar ID number* |

707 Virginia Street, East
Charleston, WV  25337-3752
*Sponsoring Attorney's office address*

| 304-720-3310 | 304-720-3315 | JohnTinney@tinneylawfirm.com |
|---|---|---|
| *Sponsoring Attorney's office telephone number* | *Office fax number* | *Email address* |

## Ian C. Ballon
## Court Admissions

### State Courts

Maryland   (Inactive)

District of Columbia   (Inactive)

California

### District Courts

U.S. District Court - District of Columbia

U.S. District Court - Northern District of California

U.S. District Court - Southern District of California

U.S. District Court - Eastern District of California

U.S. District Court - Central District of California

U.S. District Court - District of Maryland (Northern Division)

USDC/ATTY-001 (Rev. 07/06) | LR Civ P 83.6 or LR Cr P 44.6  Statement of Visiting Attorney and Designation of Local Counsel

## VISITING ATTORNEY'S CERTIFICATION

I hereby certify that I am a member in good standing of the Bar(s) listed in the Statement of Visiting Attorney. I further certify that I have paid the West Virginia State Bar its prescribed pro hac vice fee for this case, and complied with the West Virginia State Bar's requirements for attorneys admitted pro hac vice.

June 4, 2007
Date

Signature of Visiting Attorney

## SPONSORING ATTORNEY'S CERTIFICATION

I hereby certify that I am admitted to practice before the Supreme Court of Appeals of West Virginia, I am a member in good standing of the West Virginia State Bar, and I am a member of the bar of this Court. I further certify that I have an office for the practice of law in West Virginia, and I practice law primarily in West Virginia. I agree that pleadings, notices, and other papers may be served on me in this case. I consent to being the Sponsoring Attorney for the above-named Visiting Attorney and I shall hereafter sign all papers that require the signature of an attorney.

6-07-07
Date

Signature of Sponsoring Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

ERIK CURRAN,

      Plaintiff,

v.                                          CIVIL ACTION NO.: 2:07-0354

AMAZON.COM, INC., a
Delaware corporation; GETTY
IMAGES, INC., a Delaware
corporation; ST. MARTIN'S
PRESS, LLC, SIDESHOW INC.,
d/b/a SIDESHOW COLLECTIBLES,
a Delaware corporation; HOT TOYS
LTD., a business entity incorporated
in Hong Kong; AND CAFEPRESS.COM,
INC., a Delaware corporation,

      Defendants.

## CERTIFICATE OF SERVICE

I, John H. Tinney, hereby certify that on the 7th day of June, 2007, the foregoing **"Statement of Visiting Attorney and Designation of Local Counsel"** was electronically filed with the Clerk of the Court and served electronically upon:

      Marvin W. Masters, Esquire
      Charles M. Love, IV, Esquire
      The Masters Law Firm
      181 Summers Street
      Charleston, WV 25301

      David A. Barnette, Esquire
      W. Scott Evans, Esquire
      Jackson Kelly PLLC
      P. O. Box 553
      Charleston, WV 25322

and by depositing a true copy thereof in the United States first-class mail, postage prepaid, and addressed to counsel as follows:

>   Elizabeth L. Taylor, Esquire
>   Flaherty Sensabaugh & Bonasso
>   P. O. Box 3843
>   Charleston, WV 25338-3843

/s/ John H. Tinney
John H. Tinney (WV State Bar #3766)