IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

AT CHARLESTON

ERIK CURRAN,

    **Plaintiff,**

v.                                        CIVIL ACTION NO.: 2:07-0354
                                                (Judge John T. Copenhaver)

AMAZON.COM, INC., a Delaware
corporation; GETTY IMAGES, INC.,
a Delaware corporation; ST. MARTIN'S
PRESS, LLC, SIDESHOW INC., d/b/a
SIDESHOW COLLECTIBLES, a
Delaware corporation; HOT TOYS LTD.,
a business entity incorporated in Hong
Kong; AND CAFÉ PRESS.COM, INC., a
Delaware corporation,

    **Defendants.**

## AMENDED CERTIFICATE OF SERVICE

       I, David Allen Barnette, counsel for Amazon.com, Inc., does hereby certify that on June 5, 2007, the ***Motion to Dismiss and Memorandum of Law*** was filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants shown below:

        Charles M. Love, IV, Esquire
        Marvin W. Masters, Esquire
        The Masters Law Firm
        181 Summers Street
        Charleston, WV 25301

I hereby certify that I have mailed the ***Motion to Dismiss and Memorandum of Law*** by First Class United States Mail to the following non-CM/ECF participants:

        Elizabeth L. Taylor, Esquire
        Flaherty Sensabaugh & Bonasso
        P.O. Box 3843
        Charleston, WV 25338-3843

{C1212772.1}

<u>s/David Allen Barnette</u>
DAVID ALLEN BARNETTE

{C1212772.1}