IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

AT CHARLESTON

**ERIK CURRAN,**

    **Plaintiff,**

v.                                      CIVIL ACTION NO.:  2:07-0354
                                             (Judge John T. Copenhaver)

**AMAZON.COM, INC.**, a Delaware
corporation; **GETTY IMAGES, INC.**,
a Delaware corporation; **ST. MARTIN'S
PRESS, LLC, SIDESHOW INC.**, d/b/a
**SIDESHOW COLLECTIBLES**, a
Delaware corporation; **HOT TOYS LTD.**,
a business entity incorporated in Hong
Kong; AND **CAFÉ PRESS.COM, INC.**, a
Delaware corporation,

    **Defendants.**

## MOTION TO DISMISS

COMES NOW, St. Martin's Press, LLC ("St. Martin's Press") and hereby moves to dismiss the claims of Erik Curran ("Curran") pursuant to Federal Rule of Civil Procedure Rule 12(b)(6) in that the claims set forth in his Complaint fail to state a cause of action upon which relief can be granted and that no set of facts would support liability against St. Martin's Press as pled by Curran's Complaint. The reasons for this Motion to Dismiss are more fully set out in the accompanying Memorandum of Law attached hereto.

                                                          ST. MARTIN'S PRESS, LLC

                                                          By Counsel

<u>s/David Allen Barnette</u>
DAVID ALLEN BARNETTE (WVSB 242)
W. SCOTT EVANS (WVSB 5850)
JACKSON KELLY PLLLC
P. O. Box 553
Charleston, WV 25322
(304) 340-1327
{C1208168.1}

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

AT CHARLESTON

**ERIK CURRAN,**

    **Plaintiff,**

v.

AMAZON.COM, INC., a Delaware
corporation; GETTY IMAGES, INC.,
a Delaware corporation; ST. MARTIN'S
PRESS, LLC, SIDESHOW INC., d/b/a
SIDESHOW COLLECTIBLES, a
Delaware corporation; HOT TOYS LTD.,
a business entity incorporated in Hong
Kong; AND CAFÉ PRESS.COM, INC., a
Delaware corporation,

    **Defendants.**

CIVIL ACTION NO.: 2:07-0354
(Judge John T. Copenhaver)

## CERTIFICATE OF SERVICE

    I, David Allen Barnette, counsel for Amazon.com, Inc., does hereby certify that on June 8, 2007, the *Motion to Dismiss and Memorandum of Law* was filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants shown below:

        Charles M. Love, IV, Esquire
        Marvin W. Masters, Esquire
        The Masters Law Firm
        181 Summers Street
        Charleston, WV 25301
        cml@themasterslawfirm.com
        mwm@themasterslawfirm.com

        John H. Tinney, Esquire
        The Tinney Law Firm, PLLC
        707 Virginia Street, East
        P.O. Box 3752
        Charleston, WV 25337-3752
        johntinney@tinneylawfirm.com

I hereby certify that I have mailed the *Motion to Dismiss and Memorandum of Law* by First Class United States Mail to the following non-CM/ECF participants:

    Elizabeth L. Taylor, Esquire
    Flaherty Sensabaugh & Bonasso
    P.O. Box 3843
    Charleston, WV 25338-3843

    Ian C. Ballon, Esquire
    Wendy M. Mantell, Esquire
    Greenberg Traurig LLP
    2450 Colorado Ave., Suite 400E
    Santa Monica, CA 90404

    <u>s/David Allen Barnette</u>
    DAVID ALLEN BARNETTE

{C1208168.1}