IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

ERIC CURRAN,

    Plaintiff,

v.

AMAZON.COM, INC., a Delaware corporation; GETTY IMAGES, INC., a Delaware corporation; ST. MARTIN'S PRESS, LLC, SIDESHOW INC., d/b/a SIDESHOW COLLECTIBLES, a Delaware corporation; HOT TOYS, LTD., a business entity incorporated in Hong Kong; and CAFEPRESS.COM, INC., a Delaware corporation,

    Defendants.

CIVIL ACTION NO. 2:07-0354

(on Removal from the Circuit Court of Kanawha County; Civil Action No.: 07-C-856)

**CAFEPRESS.COM, INC.'S DISCLOSURE STATEMENT
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1**

Pursuant Local Civil Rule 7.1 and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, CafePress.com, Inc. certifies that there is no publicly held corporation that owns 10% or more of its stock.

Dated: June 8, 2007

Respectfully Submitted,

CAFEPRESS.COM, INC.

BY:   THE TINNEY LAW FIRM, PLLC

/s/ John H. Tinney
John H. Tinney (WV Bar # 3766)
James K. Tinney (WV Bar # 9173)
707 Virginia Street, East
Chase Tower, 14th Floor
P. O. Box 3752
Charleston, WV, 25301
Tel: (304) 720-3310
Fax: (304) 720-3315

-and-

GREENBERG TRAURIG LLP
Ian C. Ballon (pro hac vice pending)
Wendy M. Mantell
pro hac vice pending)
2450 Colorado Avenue, Suite 400E
Santa Monica, CA 90404
Tel: (310) 586-7700
Fax: (310) 586-7800
ballon@gtlaw.com
mantellw@gtlaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

ERIK CURRAN,

      Plaintiff,

v.                                   CIVIL ACTION NO.: 2:07-0354

AMAZON.COM, INC., a
Delaware corporation; GETTY
IMAGES, INC., a Delaware
corporation; ST. MARTIN'S
PRESS, LLC, SIDESHOW INC.,
d/b/a SIDESHOW COLLECTIBLES,
a Delaware corporation; HOT TOYS
LTD., a business entity incorporated
in Hong Kong; AND CAFEPRESS.COM,
INC., a Delaware corporation,

      Defendants.

## CERTIFICATE OF SERVICE

I, John H. Tinney, hereby certify that on the 8th day of June, 2007, the foregoing "CafePress.Com, Inc.'s Disclosure Statement Pursuant to Federal Rule of Civil Procedure 7.1" was electronically filed with the Clerk of the Court and served electronically upon:

      Marvin W. Masters, Esquire
      Charles M. Love, IV, Esquire
      The Masters Law Firm
      181 Summers Street
      Charleston, WV  25301

      David A. Barnette, Esquire
      W. Scott Evans, Esquire
      Jackson Kelly PLLC
      P. O. Box 553
      Charleston, WV  25322

Elizabeth L. Taylor, Esquire
Flaherty Sensabaugh & Bonasso
P. O. Box 3843
Charleston, WV  25338-3843


/s/  John H. Tinney
John H. Tinney (WV State Bar #3766)