IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

ERIC CURRAN,

        Plaintiff,

v.

AMAZON.COM, INC., a Delaware corporation; GETTY IMAGES, INC., a Delaware corporation; ST. MARTIN'S PRESS, LLC, SIDESHOW INC., d/b/a SIDESHOW COLLECTIBLES, a Delaware corporation; HOT TOYS, LTD., a business entity incorporated in Hong Kong; and CAFEPRESS.COM, INC., a Delaware corporation,

        Defendants.

CIVIL ACTION NO. 2:07-0354

(on Removal from the Circuit Court of Kanawha County; Civil Action No.: 07-C-856)

### CAFEPRESS.COM, INC.'S MOTION TO DISMISS THE COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6) FOR FAILURE TO STATE A CLAIM

CafePress.com, Inc. ("CafePress"), by and through undersigned counsel, hereby moves this Court to dismiss Plaintiff Eric Curran's ("Plaintiff") Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim upon which relief can be granted. As set forth in the accompanying Memorandum of Law, Plaintiff's claims against CafePress are preempted by the Good Samaritan Exemption of the Telecommunications Act of 1996, otherwise known as the Communications Decency Act ("CDA"), 47 U.S.C. § 230(c), under which CafePress is entitled to statutory immunity. Plaintiff's claim for Invasion of Right of Publicity also fails on the additional grounds that Plaintiff has not alleged that he is a public figure. For

these reasons, CafePress moves this Court for an Order dismissing with prejudice Plaintiff's Complaint as to CafePress.

Dated: June 8, 2007

Respectfully Submitted,

CAFEPRESS.COM, INC.

BY: THE TINNEY LAW FIRM, PLLC

/s/ John H. Tinney
John H. Tinney (WV Bar # 3766)
James K. Tinney (WV Bar # 9173)
707 Virginia Street, East
Chase Tower, 14th Floor  (Zip 25301)
P. O. Box 3752
Charleston, WV  25337-3752
Tel: (304) 720-3310
Fax: (304) 720-3315
johntinney@tinneylawfirm.com
jimtinney@tinneylawfirm.com

-and-

GREENBERG TRAURIG LLP
Ian C. Ballon, Esquire
Wendy M. Mantell, Esquire
2450 Colorado Avenue, Suite 400E
Santa Monica, CA  90404
Tel: (310) 586-7700
Fax: (310) 586-7800
ballon@gtlaw.com
mantellw@gtlaw.com