


Home > Help Desk > **Terms Of Service**

## Terms of Service

**Effective Date: April 11, 2007**

Welcome to the CafePress.com website, which is located at cafepress.com (the "Website"). This Term ("TOS") contain the terms and conditions that govern your use of the Website and the CafePress.com defined below). This TOS describes your rights and responsibilities and what you can expect from the CafePress.com Service. Use of the CafePress.com Website constitutes your acceptance of and agreer TOS.

CafePress.com reserves the right to add, delete and/or modify any of the terms and conditions conta TOS, at any time and in its sole discretion, by posting a change notice or a new agreement on the Ca Website. In the event of substantive changes to this TOS, you may be notified by email. If any modit unacceptable to you, your only recourse is to not use the Website and the CafePress.com Service. Yc use of the CafePress.com Website following posting of a change notice or new TOS on the CafePress. will constitute binding acceptance of the changes.

1. **The CafePress.com Service.**

    CafePress.com provides a number of Internet-based services through the Website (all such ser collectively, the "CafePress.com Service"). One such service enables users to create customize including without limitation, merchandise, books, compact discs, VCDs, and CD-ROMS (collecti "Products"). CafePress.com users may create and purchase individual Products for their own us Products through their own page on the Website ("Shops"). Users who would like to sell Produ Shops must enter into the Shopkeeper Agreement. CafePress.com allows all users to browse tl and purchase Products from the Shops. CafePress.com may offer a number of other services o Website, including without limitation, message boards, contests, and newsletters, which may c time to time.

2. **Use of the Web Site and CafePress.com Service.**

    2.1 Eligibility. CafePress.com will only knowingly provide the CafePress.com Service to parties lawfully enter into and form contracts under applicable law. If you are under the age of 18, but years of age, you may use the CafePress.com Service only under the supervision of a parent o guardian who agrees to be bound by this TOS. The CafePress.com Service is not intended for c under the age of 13.

    2.2 Compliance with TOS and Applicable Law. You must comply with all of the terms and condi TOS, the applicable agreements and policies referred to below, and all applicable laws, regulat rules when you use the CafePress.com Service and the Website.

    2.3 Your License to Use the Web Site and the CafePress.com Service.

        (a) CafePress.com solely and exclusively owns all intellectual property and other rights, interest in and to the CafePress.com Service and Website, except as expressly provided TOS. For example and without limitation, CafePress.com owns the trademarks CAFEPRES CAFEPRESS.COM, CAFEPRESS.COM & Design; CAFESHOPS(SM), CAFESHOPS.COM(SM), YOUR PASSION(SM); the copyrights in and to the Website, and certain technology used the CafePress.com Service. You will not acquire any right, title or interest therein under

otherwise to any intellectual property owned by CafePress.com.

(b) CafePress.com grants you a limited revocable license to access and use the Website
CafePress.com Service for its intended purposes, subject to your compliance with this TC
license does not include the right to collect or use information contained on the Website
prohibited by CafePress.com; to compete with CafePress.com; to create derivative works
the content of the Website; or download or copy the Website (other than page caching).
the Website in a manner that exceeds the scope of this license or you breach this TOS,
CafePress.com may revoke the license granted to you.

(c) This Section 2.3 does not pertain to your intellectual property rights. For information
your intellectual property rights, please see Section 4.3.

2.4 <u>Third-Party Services.</u> CafePress.com may use third parties to provide certain services acces
through the Website. CafePress.com does not control those third parties or their services, and
that CafePress.com will not be liable to you in any way for your use of such services. These thi
may have their own terms of use and other policies. You must comply with such terms and pol
as this TOS when you use those services. If any such terms or policies conflict with CafePress.
agreements or policies, you must comply with CafePress.com's TOS, agreements or policies, a:

3. **General Rules.**

3.1 <u>Prohibited Use.</u> You may only use the CafePress.com Service as expressly permitted by Ca
You may not cause harm to the Website or the CafePress.com Service. Specifically, but not by
limitation, you may not: (i) interfere with the CafePress.com Service by using viruses or any o
programs or technology designed to disrupt or damage any software or hardware; (ii) modify,
derivative works from, reverse engineer, decompile or disassemble any technology used to pro
CafePress.com Service; (iii) use a robot, spider or other device or process to monitor the activ
copy pages from the Website, except in the operation or use of an internet "search engine", hi
similar technology; (iv) collect electronic mail addresses or other information from third partie:
the CafePress.com Service; (v) impersonate another person or entity; (vi) use any meta tags,
terms, key terms, or the like that contain CafePress.com's name or trademarks; (vii) engage ii
that interferes with another user's ability to use or enjoy the CafePress.com Service; or (viii) a
encourage any third party in engaging in any activity prohibited by this TOS.

3.2 <u>Privacy Policy.</u> By entering into this TOS, you agree to CafePress.com's collection, use and
your personal information in accordance with the Privacy Policy.

3.3 <u>Ordering Policies.</u> If If you purchase Products, you agree to do so in accordance with CafeF
Ordering Policy and instructions on the Website. Title to the Products you purchase passes to y
Products are delivered to the common carrier.

4. **Create and Buy General Rules and License.**

4.1 <u>Description.</u> As part of the CafePress.com Service, CafePress.com offers a service (the "Cre
Service") that allows you to upload images, video, audio, data, and other content (collectively,
to the Website to create, produce and purchase Products featuring the uploaded Content for yo

4.2 <u>Delivery of Content.</u> You will upload or deliver to CafePress.com all Content that you want
the Create & Buy Service in accordance with the applicable instructions on the Website and the
Usage Policy. CafePress.com may, in its sole and exclusive discretion, determine whether any
complies with such instructions and is satisfactory for use with the Create & Buy Service.

4.3 <u>Licensing Your Content to CafePress.com.</u> You will retain ownership of the Content that you
the Website. You hereby grant to CafePress.com a royalty-free, worldwide, transferable, none>
and license to use such Content, in all media existing now or created in the future, as CafePres
deems necessary to enable you to use the Create & Buy Service to create, produce and purcha
CafePress.com may sublicense the rights that you grant it in this Section to a third party subco

for purposes of providing the CafePress.com Service, processing your order, and producing an[d]
your Products.

5. **Reservation of Rights.**

   5.1 <u>Monitoring.</u> CafePress.com reserves the right, but does not assume the obligation, to moni[tor]
   transactions and communications that occur through the Website. If CafePress.com determine[s]
   and absolute discretion, that you or another CafePress.com user will breach a term or conditio[n]
   or that such transaction or communication is inappropriate, CafePress.com may cancel such tr[ansaction,]
   take any other action to restrict access to or the availability of any material that may be consi[dered]
   objectionable, without any liability to you or any third party.

   5.2 <u>Modification of the Service.</u> CafePress.com reserves the right to modify the organization, s[tructure,]
   "look and feel" of the CafePress.com Service or the Website, and may change, suspend, or dis[continue any]
   aspect of the CafePress.com Service at any time without any liability to you or any third party.
   CafePress.com shall have complete discretion over the features, functions, prices and other te[rms and]
   conditions on which the CafePress.com Service is offered to CafePress.com users.

6. **Submissions.**

   When you submit questions, comments, suggestions, ideas, message board postings, material
   via web forms, contest entries, communications or any other information ("Submissions"), you[ grant]
   CafePress.com permission to use such Submissions for marketing and other promotional purpo[ses,]
   including the right to sublicense. You agree that CafePress.com will have no obligation to keep
   Submissions confidential. You will not bring a claim against CafePress.com based on "moral rig[hts" or]
   likes arising from CafePress.com's use of a Submission. This Section does not apply to your Co[ntent that]
   you use in connection with the Create & Buy Service or Shopkeeper Service.

7. **Representations and Warranties.**

   7.1 <u>Mutual Representations and Warranties.</u> You represent and warrant to CafePress.com and
   CafePress.com represents and warrants to you: (i) that you or it has the full power and author[ity to enter]
   into and perform under this TOS, (ii) the execution and performance of your or its obligations [under this]
   TOS does not constitute a breach of or conflict with any other agreement or arrangement by w[hich it]
   is bound, and (iii) this TOS is a legal, valid and binding obligation of the party entering into thi[s TOS,]
   enforceable in accordance with its terms and conditions.

   7.2 <u>By You.</u> You represent and warrant to CafePress.com that, in your use of the CafePress.co[m Service,]
   you: (i) will not infringe the copyright, trademark, patent, trade secret, right of privacy, right [of publicity, or]
   other legal right of any third party, and (ii) will comply with all applicable laws, rules, and regu[lations. You]
   further represent and warrant to CafePress.com that: (i) there are no claims, demands or any
   litigation pending, or to the best of your knowledge, threatened with respect to any of your Co[ntent, (ii)]
   CafePress.com will not be required to make any payments to any third party in connection wit[h the use of]
   your Content, except for the expenses that CafePress.com incurs in providing the CafePress.co[m Service,]
   (iii) the use of any instructions, formulae, recommendations, or the like contained in your Con[tent will not]
   cause injury to any third party; and (iv) your Content does not contain viruses or any other pr[ogramming]
   technology designed to disrupt or damage any software or hardware.

8. **Disclaimers and Exclusions.**

   DISCLAIMER OF WARRANTIES. CAFEPRESS.COM PROVIDES THE WEBSITE AND CAFEPRESS.C[OM SERVICE]
   ON AN "AS IS" AND "AS AVAILABLE" BASIS. CAFEPRESS.COM DOES NOT REPRESENT OR WAR[RANT THAT]
   THE WEBSITE, CAFEPRESS.COM SERVICE OR ITS USE: (i) WILL BE UNINTERRUPTED, (ii) WILL [BE FREE OF]
   INACCURACIES OR ERRORS, (iii) WILL MEET YOUR REQUIREMENTS, OR (iv) WILL OPERATE IN[ THE]
   CONFIGURATION OR WITH THE HARDWARE OR SOFTWARE YOU USE. CAFEPRESS.COM MAKE[S NO]
   WARRANTIES OTHER THAN THOSE MADE EXPRESSLY IN THESE TOS, AND HEREBY DISCLAIM[S]
   ALL IMPLIED WARRANTIES, INCLUDING WITHOUT LIMITATION, WARRANTIES OF FITNESS FO[R A]
   PARTICULAR PURPOSE, MERCHANTABILITY AND NON-INFRINGEMENT.

9. **Limitation of Liability.**

   LIMITATION OF LIABILITY. CAFEPRESS.COM WILL NOT BE LIABLE TO YOU OR ANY THIRD PAR
   CONSEQUENTIAL, INCIDENTAL, INDIRECT, PUNITIVE OR SPECIAL DAMAGES (INCLUDING DAN
   RELATING TO LOST PROFITS, LOST DATA OR LOSS OF GOODWILL) ARISING OUT OF, RELATII
   CONNECTED WITH THE USE OF THE CAFEPRESS.COM SERVICE OR THIS TOS, BASED ON ANY
   ACTION, EVEN IF ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. EXCEPT FOR A BREACH
   PARTY'S REPRESENTATIONS AND WARRANTIES UNDER THIS TOS OR IN CONNECTION WITH \
   INDEMNITY OBLIGATIONS UNDER THIS TOS, IN NO EVENT WILL THE LIABILITY OF EITHER PA
   CONNECTION WITH THIS TOS EXCEED THE GREATER OF (i) THE AMOUNT PAID BY CAFEPRES!
   YOU DURING THE SIX MONTHS IMMEDIATELY PRECEDING THE EVENT THAT GIVES RISE TO S
   LIABILITY OR (ii) $100.

10. **Indemnification.**

    You must indemnify and hold CafePress.com and its employees, representatives, agents, affilia
    directors, officers, managers and shareholders (the "Parties") harmless from any damage, loss
    (including without limitation, attorneys' fees and costs) incurred in connection with any third-p
    demand or action ("Claim") brought against any of the Parties alleging that you have breached
    provision of this TOS through any act or omission. If you have to indemnify CafePress.com und
    Section, CafePress.com will have the right to control the defense, settlement, and resolution of
    at your sole expense. You may not settle or otherwise resolve any Claim without CafePress.cor
    written permission.

11. **Termination.**

    11.1 Termination. In its sole discretion, with or without notice to you, CafePress.com may: (i)
    limit your access to or terminate your use of the Website and/or the CafePress.com Service, (i
    limit your access to or terminate your account, (iii) remove any of your Content from CafePres
    servers and directories and (iv) prohibit you from using the CafePress.com Service and/or the

    11.2 Survival. Notwithstanding Section 11.1 above, this TOS will survive indefinitely unless an
    CafePress.com chooses to terminate this TOS.

    11.3 Effect of Termination. If you or CafePress.com terminates your use of the Website or the
    CafePress.com Service, CafePress.com may delete any Content or other materials relating to y
    the CafePress.com Service on CafePress.com's servers or otherwise in its possession and Cafel
    will have no liability to you or any third party for doing so.

12. **Notice.**

    All notices required or permitted to be given under these TOS will be in writing and delivered t
    party by any of the following methods: (i) U.S. mail, (ii) overnight courier, or (iii) electronic m.
    give notice to CafePress.com, you must use the following addresses: 950 Tower Lane, Suite 6(
    City, CA 94404, TOS@cafepress.com. If CafePress.com provides notice to you, CafePress.com
    contact information provided by you to CafePress.com. All notices will be deemed received as 1
    by delivery by U.S. mail, seven (7) business days after dispatch, (ii) if by overnight courier, or
    receipt is confirmed by such courier service, or (iii) if by electronic mail, 24 hours after the me
    sent, if no "system error" or other notice of non-delivery is generated. If applicable law require
    given communication be "in writing," you agree that email communication will satisfy this requ

13. **Dispute Resolution.**

    All disputes arising out of, relating to or connected with these TOS or your use of any part of tl
    CafePress.com Service will be exclusively resolved under confidential binding arbitration held ii
    County, California, before and in accordance with the Rules of the American Arbitration Associa
    sole arbitrator applying California law (without regard for conflicts of law principles). The arbitr
    will be binding and may be entered as a judgment in any court of competent jurisdiction. Any ;

enforce an arbitrator's award will be brought in a federal or state court located in Santa Clara ( California. Each party hereby irrevocably submits to the personal jurisdiction of the Federal an( State courts in Santa Clara County. Notwithstanding anything to the contrary in this Section 1: CafePress.com may seek equitable relief, including, without limitation, injunctive relief and spe performance, without the requirement of posting a bond or other security or proving money da insufficient, from a court of competent jurisdiction.

14. **Miscellaneous.**

These TOS will be binding upon each party hereto and its successors and permitted assigns, ar by and construed in accordance with the laws of the State of California without reference to co principles. This TOS is not assignable or transferable by you without the prior written consent ( CafePress.com. This TOS (including all of the policies and other Agreements described in this T are incorporated herein by this reference) contain the entire understanding of the parties rega subject matter, and supersedes all prior and contemporaneous agreements and understanding the parties regarding its subject matter. No failure or delay by a party in exercising any right, privilege under this TOS will operate as a waiver thereof, nor will any single or partial exercise power or privilege preclude any other or further exercise thereof or the exercise of any other s power, or privilege. You and CafePress.com are independent contractors, and no agency, partr venture, or employee-employer relationship is intended or created by this TOS. The invalidity ( unenforceability of any provision of this TOS will not affect the validity or enforceability of any provision of this TOS, all of which will remain in full force and effect.

top

About Us | Jobs | Affiliate Program | Contact Us | Help        Sign up for specials: Email Adc



All Content Copyright © 1999-2007 CafePress.com. All rights reserved. Use of this web site constitutes acceptance of the Terms of Service.
Privacy Policy | Intellectual Property Policy | Content Disclaimer




TESTED    08-JUN