IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

ERIK CURRAN,

        Plaintiff,

v.                                              CIVIL ACTION NO.: 2:07-0354

AMAZON.COM, INC., a
Delaware corporation; GETTY
IMAGES, INC., a Delaware
corporation; ST. MARTIN'S
PRESS, LLC, SIDESHOW INC.,
d/b/a SIDESHOW COLLECTIBLES,
a Delaware corporation; HOT TOYS
LTD., a business entity incorporated
in Hong Kong; AND CAFEPRESS.COM,
INC., a Delaware corporation,

        Defendants.

## CERTIFICATE OF SERVICE

I, John H. Tinney, hereby certify that on the 8th day of June, 2007, the foregoing "CafePress.Com, Inc.'s Motion to Dismiss the Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(6) For Failure to State a Claim" and "CafePress.Com, Inc.'s Memorandum of Law in Support of its Motion to Dismiss the Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(6) For Failure to State a Claim" was electronically filed with the Clerk of the Court and served electronically upon:

    Marvin W. Masters, Esquire
    Charles M. Love, IV, Esquire
    The Masters Law Firm
    181 Summers Street
    Charleston, WV  25301

David A. Barnette, Esquire
W. Scott Evans, Esquire
Jackson Kelly PLLC
P. O. Box 553
Charleston, WV 25322

Elizabeth L. Taylor, Esquire
Flaherty Sensabaugh & Bonasso
P. O. Box 3843
Charleston, WV 25338-3843

      /s/ John H. Tinney
John H. Tinney (WV State Bar #3766)