USDC/ATTY-010 | F R Civ P 7.1 (12/06)  Disclosure of Corporate Affiliations and Financial Interest

# UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF WEST VIRGINIA
### AT CHARLESTON

**ERIK CURRAN**

**DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST**

V.

**CASE NUMBER** 2:07-0354

**AMAZON.COM, INC., et al**

Pursuant to F R Civ P 7.1, any nongovernmental corporate party to an action or proceeding in a district court must: 1) identify any parent corporation and any publicly held corporation that owns ten percent or more of its stock; or 2) must state that there is no such corporation.

Name of party: St. Martin's Press, LLC.

Check all that apply:

[ ] I certify, as party/counsel in this case, that the above named party is not an affiliate or parent of any corporation, and no corporation, unincorporated association, partnership or other business entity, not a party to the case, has a financial interest in the outcome of this litigation.

[ ] The following corporate affiliations exist with the above named party:

Parent corporation/affiliate name: _____
Relationship with named party: _____

[✓] The following corporation, unincorporated association, partnership, or other business entities which are not parties may have a financial interest in the outcome of this litigation:

Parent corporation/affiliate name: Holtzbrinck Publishers Holdings, LLC
Nature of financial interest: 100% ownership of St. Martin's Press, LLC
No publicly traded parent or affiliate entities.
Parent corporation/affiliate name: _____
Nature of financial interest: _____

Date: June 11, 2007                          s/David Allen Barnette