USDC/ATTY-010 | F R Civ P 7.1 (12/06)  Disclosure of Corporate Affiliations and Financial Interest

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
### AT SELECT ONE:

Erik Curran,

    Plaintiff,

V.

AMAZON.COM, INC., a Delaware corporation; GETTY IMAGES, INC., a Delaware corporation; ST. MARTIN'S PRESS, LLC, SIDESHOW INC., d/b/a SIDE

**DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST**

CASE NUMBER 2:07-0354

Pursuant to F R Civ P 7.1, any nongovernmental corporate party to an action or proceeding in a district court must: 1) identify any parent corporation and any publicly held corporation that owns ten percent or more of its stock; or 2) must state that there is no such corporation.

Name of party: Amazon.com, Inc.

Check all that apply:

☐ I certify, as party/counsel in this case, that the above named party is not an affiliate or parent of any corporation, and no corporation, unincorporated association, partnership or other business entity, not a party to the case, has a financial interest in the outcome of this litigation.

☐ The following corporate affiliations exist with the above named party:

    Parent corporation/affiliate name: _____
    Relationship with named party: _____

☑ The following corporation, unincorporated association, partnership, or other business entities which are not parties may have a financial interest in the outcome of this litigation:

    Parent corporation/affiliate name: _____
    Nature of financial interest: Legg Mason, Inc. holds more than 10% of Amazon.com, Inc.

    Parent corporation/affiliate name: _____
    Nature of financial interest: _____

Date: June 14, 2007            /s/ David Allen Barnette WV Bar Id. 242