IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

AT CHARLESTON

**ERIK CURRAN,**

    **Plaintiff,**

v.                                                                         CIVIL ACTION NO.: 2:07-0354
                                                                           (Judge John T. Copenhaver)

**AMAZON.COM, INC., a Delaware
corporation; GETTY IMAGES, INC.,
a Delaware corporation; ST. MARTIN'S
PRESS, LLC, SIDESHOW INC., d/b/a
SIDESHOW COLLECTIBLES, a
Delaware corporation; HOT TOYS LTD.,
a business entity incorporated in Hong
Kong; AND CAFÉ PRESS.COM, INC., a
Delaware corporation,**

    **Defendants.**

## CERTIFICATE OF SERVICE

    I, David Allen Barnette, counsel for Amazon.com, Inc., do hereby certify that on June 14, 2007, I electronically filed the *Disclosure of Corporate Affiliations and Financial Interest* with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants shown below:

        Andrew B. Cooke, Esquire
        Elizabeth L. Taylor, Esquire
        FLAHERTY SENSABAUGH & BONASSO, PLLC
        200 Capitol Street
        Charleston, WV 25301

        Charles M. Love, IV, Esquire
        Marvin W. Masters, Esquire
        The Masters Law Firm
        181 Summers Street
        Charleston, WV 25301

{C1214428.1}

John H. Tinney, Esquire
John H. Tinney, Jr., Esquire
THE TINNEY LAW FIRM
P. O. Box 3752
Charleston, WV 25337-3752

I hereby certify that I have mailed the ***Disclosure of Corporate Affiliations and Financial Interest*** by First Class United States Mail to the following non-CM/ECF participants:

Ian C. Ballon, Esquire
Wendy M. Mantell, Esquire
GREENBERG TRAURIG
Suite 400E
2450 Colorado Avenue
Santa Monica, CA 90404

James K. Tinney, Esquire
THE TINNEY LAW FIRM
P. O. Box 3752
Charleston, WV 25337-3752

s/David Allen Barnette
DAVID ALLEN BARNETTE

{C1214428.1}