IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

ERIK CURRAN

        Plaintiff,

v.                                                      Civil Action No.  2:07-cv-354
                                                      (Honorable John T. Copenhaver)

AMAZON.COM, INC.,
a Delaware corporation;
GETTY IMAGES, INC.,
a Delaware corporation;
ST. MARTIN'S PRESS, LLC,
a New York corporation;
SIDESHOW INC., d/b/a SIDESHOW
COLLECTIBLES, a Delaware  corporation
HOT TOYS, LTD., a business entity
incorporated in  Hong Kong;  and
CAFÉ PRESS.COM, INC. a Delaware
corporation,

        Defendants.

MOTION TO AMEND COMPLAINT TO ADD CORRECT PARTY

      Comes now the plaintiff, by counsel, pursuant to Federal Rules of Civil Procedure 15 and moves the Court for an Order allowing him to amend his complaint to add the correct party.

      Rule 15(s) states in part, "leave (to amend a complaint) shall be freely given when justice so requires."

      Plaintiff incorrectly named Sideshow Inc., d/b/a Sideshow Collectibles, a Delaware corporation, as a party to the action filed in the Circuit Court of Kanawha

County. Information has now been provided that the correct Sideshow Inc. is a business licensed as a California corporation. Plaintiff seeks leave to amend his complaint to reflect Sideshow, Inc., a California corporation, as the correct party to the action and asks that Sideshow Inc., d/b/a Sideshow Collectibles, a Delaware corporation be dismissed from the action.

For the foregoing reasons, plaintiff prays that the Court grant his motion to amend his complaint to correctly name Sideshow, Inc. as a party and that the Court award any other relief that it deems just and appropriate.

        Respectfully submitted.

        ERIK CURRAN

        By Counsel

**s/Charles M. Love, IV**
Marvin W. Masters, Esquire
West Virginia State Bar No. 2359
Charles M. Love, IV, Esquire
West Virginia State Bar No. 7477
The Masters Law Firm lc
181 Summers Street
Charleston, West Virginia 25301
(304) 342-3106
Counsel for Plaintiff
F:\5\725\MO001.doc

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

ERIK CURRAN

    Plaintiff,

v.                                                              Civil Action No. 2:07-cv-354
                                                              (Honorable John T. Copenhaver)

AMAZON.COM, INC.,
a Delaware corporation;
GETTY IMAGES, INC.,
a Delaware corporation;
ST. MARTIN'S PRESS, LLC,
a New York corporation;
SIDESHOW INC., d/b/a SIDESHOW
COLLECTIBLES, a Delaware corporation
HOT TOYS, LTD., a business entity
incorporated in Hong Kong; and
CAFÉ PRESS.COM, INC. a Delaware
corporation,

    Defendants.

<u>CERTIFICATE OF SERVICE</u>

      I, Charles M. Love, IV, do hereby certify that true and exact copies of "Motion To Amend Complaint To Add Correct Party" were served upon:

> John H. Tinney, Esquire
> The Tinney Law Firm, PLLC
> Bank One Center, 14th Floor
> 7097 Virginia Street, East
> Charleston, West Virginia 25301
> Counsel for CafePress.com
>
> David A. Barnette, Esquire
> Jackson & Kelly
> 1600 Laidley Tower
> Post Office Box 553
> Charleston, West Virginia 25322
> Counsel for Amazon.com and St. Martin's Press

3

>Andrew B. Cooke, Esquire
>Elizabeth L. Taylor, Esquire
>Flaherty Sensabaugh & Bonasson
>Post Office Box 3843
>Charleston, West Virginia  25338-3843
>Counsel for Getty Images, Inc.

via electronic filing this 18th day of June, 2007; and upon:

>Ian C. Ballon, Esquire
>Wendy M. Mantell, Esquire
>GREENBERG TRAURIG
>Suite 400E
>2450 Colorado Avenue
>Santa Monica, California 90404
>Counsel for CafePress.com

>Suyin So, Esquire
>Perry M. Amsellem, Esquire
>Pryor Cashman, LLP
>410 Park Avenue
>New York, New York 10022
>Counsel for Sideshow, Inc., d/b/a Sideshow Collectibles.

>Karen Robson
>Pryor Cashman, LLP
>1801 Century Park East
>Los Angeles, California 90067
>Counsel for Sideshow, Inc., d/b/a Sideshow Collectibles

in envelopes properly addressed, stamped and deposited in the regular course of the

United States Mail this 18th day of June, 2007

>**s/Charles M. Love, IV**
>Charles M. Love, IV, Esquire
>West Virginia State Bar No.  7477

4