USDC/ATTY-001 (Rev. 07/06) LR Cir P 83.6 or LR Cr P 44.6 Statement of Visiting Attorney and Designation of Local Counsel

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
## AT CHARLESTON

**Eric Curran, Plaintiff**

v.

**AMAZON.COM, Inc., a Delaware Corp., GETTY IMAGES, INC., a Delaware Corp., ST. MARTIN'S PRESS, LLC, a New York Corp.; SIDESHOW INC., d/b/a SIDESHOW COLLECTIBLES, a Delaware Corp.; HOT TOYS LTD., a business entity incorporated in Hong Kong; and CAFEPRESS.COM, INC., a Delaware Corp, Defendants**

Statement of Visiting Attorney
And Designation of Local Counsel

CIVIL ACTION NO.: 2:07-0354

__Stephen M. Rummage__, Davis Wright Tremaine LLP    WA - 11168
Name of Visiting Attorney and firm name    Bar ID number

Defendant, Getty Images, Inc.
Name of party represented

Please see attached list
Name and address of the Bar(s) of which the Visiting Attorney is a member in good standing

1201 Third Avenue, Suite 2200, Seattle, WA 98101
Visiting Attorney's office address

(206) 622-3150                (206) 757-7136              steverummage@dwt.com
Visiting Attorney's office telephone number    Office fax number    Email address

Andrew B. Cooke                                                       #6564
Name of Sponsoring Attorney and firm name                             WV Bar ID number

200 Capitol Street  P.O. Box 3843  Charleston, WV 25338-3843
Sponsoring Attorney's office address

(304) 347-4274                (304) 345-0260              acooke@fsblaw.com
Sponsoring Attorney's office telephone number    Office fax number    Email address

1

## BAR ADMISSIONS

**State Bar Admissions**:

Washington. Admitted October 24, 1980. Active status. Bar No. 11168.

Washington State Bar Association
1325 Fourth Ave., Ste. 600
Seattle, WA 98101-2539

**Federal Bar Admissions**:

Western District of Washington: Admitted December 5, 1980; active status.

Eastern District of Washington: Admitted April 4, 1986; active status.

United States Court of Appeals for the Ninth Circuit: Admitted January 17, 1983, active status.

United States Supreme Court: Admitted February 19, 1985; active status.

USDC/ATTY-001 (Rev. 07/06) LR Cir P 83.6 or LR Cr P 44.6 Statement of Visiting Attorney and Designation of Local Counsel

## VISITING ATTORNEY'S CERTIFICATION

I hereby certify that I am a member in good standing of the Bar(s) listed in the Statement of Visiting Attorney. I further certify that I have paid the West Virginia State Bar its prescribed pro hac vice fee for this case, and complied with the West Virginia State Bar's requirements for attorneys admitted pro hac vice.

_6/14/07_
Date

_[signature]_
Signature of Visiting Attorney

## SPONSORING ATTORNEY'S CERTIFICATION

I hereby certify that I am admitted to practice before the Supreme Court of Appeals of West Virginia, I am a member in good standing of the West Virginia State Bar, and I am a member of the bar of this Court. I further certify that I have an office for the practice of law in West Virginia, and I practice law primarily in West Virginia. I agree that pleadings, notices, and other papers may be served on me in this case. I consent to being the Sponsoring Attorney for the above-named Visiting Attorney and I shall hereafter sign all papers that require the signature of an attorney.

_6/19/07_
Date

_[signature]_
Signature of Sponsoring Attorney

3

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

AT CHARLESTON

**ERIK CURRAN,**

      **Plaintiff,**

v.

**AMAZON.COM, INC.**, a
Delaware corporation;
**GETTY IMAGES, INC.**,
a Delaware corporation;
**ST. MARTIN'S PRESS, LLC,**
A New York corporation;
**SIDESHOW INC.**, d/b/a **SIDESHOW
COLLECTIBLES**, a Delaware corporation;
**HOT TOYS, LTD.**, a business entity
incorporated in Hong Kong; and
**CAFE PRESS.COM, INC.**, a Delaware
corporation,

      **Defendants.**

CIVIL ACTION NO.: 2:07-0354
(Judge John T. Copenhaver)

CERTIFICATE OF SERVICE

I, Elizabeth Taylor, hereby certify that on the 20th day of June, 2007, the foregoing **"Statement of Visiting Attorney and Designation of Local Counsel"** was filed electronically with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants:

Marvin W. Masters, Esquire
Charles M. Love, IV, Esquire
The Masters Law Firm
181 Summers Street
Charleston, WV 25301
E-mail: mwm@themasterslawfirm.com
E-mail: cml@themasterslawfirm.com
*Counsel for Plaintiff*

David A. Barnette, Esquire
W. Scott Evans, Esquire
Jackson Kelly, PLLC
P. O. Box 553
Charleston, West Virginia 25322
E-mail: dbarnette@jacksonkelly.com
E-mail: wsevans@jacksonkelly.com
*Counsel for Amazon.Com, Inc. and
St. Martin's Press, LLC*

John H. Tinney, Esquire
James K. Tinney, Esquire
707 Virginia Street, East
Chase Tower, 14th
P.O. Box 3752
Charleston, WC 25337-3752
E-mail: Johntinney@tinneylawfirm.com
E-mail: Jacktinney@tinneylawfirm.com
*Counsel for Cafepress.Com, Inc.*

      I have mailed a true and exact copy thereof in the United Stated mail, postage prepaid, to the following non-CM/ECF participants:

      Karen Robson, Esquire
      Pryor Cashman, LLP
      1801 Century Park East, 24th Floor
      Los Angeles, CA 90067
      *Counsel for Sideshow, Inc.*

                        /s/ Elizabeth L. Taylor
                        Andrew B. Cooke, Esquire (WVSB #6564)
                        Elizabeth Taylor, Esquire (WVSB #10270)
                        FLAHERTY, SENSABAUGH &
                        BONASSO, P.L.L.C.
                        Post Office Box 3843
                        Charleston, West Virginia 25338-3843
                        (304) 345-0200
                        (304) 345-0260 (facsimile)
                        E-mail: acooke@fsblaw.com
                        E-mail: etaylor@fsblaw.com
                        *Counsel for Getty Images, Inc.*