IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

AT CHARLESTON

ERIK CURRAN,

      Plaintiff,

v.                                         CIVIL ACTION NO.: 2:07-0354
                                              (Judge John T. Copenhaver)

AMAZON.COM, INC., a
Delaware corporation;
GETTY IMAGES, INC.,
a Delaware corporation;
ST. MARTIN'S PRESS, LLC,
A New York corporation;
SIDESHOW INC., d/b/a SIDESHOW
COLLECTIBLES, a Delaware corporation;
HOT TOYS, LTD., a business entity
incorporated in Hong Kong; and
CAFE PRESS.COM, INC., a Delaware
corporation,

      Defendants.

## ORDER

Upon consideration of the foregoing Statement of Visiting Attorney of Stephen M. Rummage, it is **ORDERED** that the Statement of Visiting Attorney be, and the same is hereby, **APPROVED** and that the applicant may appear *pro hac vice* in this matter on behalf of the represented party.

                                                   ENTER:

                                                   _____
                                                    United States District Judge

Presented By:

_____
Andrew B. Cooke (WV State Bar #6564)
Elizabeth L. Taylor (WV State Bar #10270)
FLAHERTY, SENSABAUGH & BONASSO, P.L.L.C.
Post Office Box 3843
Charleston, West Virginia 25338-3843
(304) 345-0200
(304) 345-0260 (facsimile)