# EXHIBIT
# 1  part A

Dockets.Justia.com

# cafepress.com Shop, sell or create what's on your mind.

Father's Day Shipping Deadlines  details ▶

Your Account | Sign In | Cart: **0 items** | Help

START SELLING NOW

Learn to sell with CafePress.com     What You Can Do    Products You Can Sell    Prepare Your Images    Your Shop    Your Success

# Can I really make money?

Yes! Some of our shopkeepers earn over $100,000 a year. Premium Shops earn 10X more than Basic shops on average. Plus thousands of members earn a steady stream of income through their CafePress.com shop.

Read how one shopkeeper generated higher revenue and built more buzz for his art work by upgrading to a CafePress.com Premium Shop.

### How it works:
Each product has a **Base Price** that includes all fees associated with selling. You simply set your retail price above the **Base Price**. When you sell an item, we keep the base price and we send you the markup.

*For example:*

- Value T-Shirt has a base price of $8.99
- You decide to markup the price to $13.99
- When you sell one shirt, you generate earnings of $5.00
- We send you a commission check for your total markups once per month

### Ready to start selling?

**Start Selling Now!**

Already a member?
Sign In.

### FAQs
- Can I really make money?
- How much does it cost?
- How much time will it take to get my shop online?
- Learn to Design for Black
- How can people find my products?
- I live outside the U.S., can I still use CafePress.com?

**Learn More** about the
**products you can sell**



▸ New Products



Make your own
quick gift in minutes

We Love
You!

We Love
You!

Get Started

About Us | Jobs | Affiliate Program | Contact Us | Help

Sign up for specials: Email Address   

**cafepress**.com    Shop, sell or create what's on your mind.

Father's Day Shipping Deadlines  details ▶

Your Account | Sign In | Cart: **0 items** | Help

START SELLING NOW

Learn to sell with CafePress.com   What You Can Do   Products You Can Sell   Prepare Your Images   Your Shop   Your Success

## How much does it cost?

With our Basic Shop, you can start selling for free. And, there are no inventory costs associated with selling products through either a Basic or Premium Shop.

Each item you sell has a base price. You simply markup the base price by the amount you wish to earn for each product you sell. When you sell a product, we keep the base price and you earn the markup.

If you are serious about making money on CafePress.com, we suggest you check out our Premium Shops service. Premium Shops cost $6.95 at the monthly rate, or as little as $4.99 per month at the yearly rate. There are additional benefits associated with a Premium Shop to help you sell more. Learn more

**Ready to start selling?**

Start Selling Now!

Already a member?
Sign In.

**FAQs**

- Can I really make money?
- How much does it cost?
- How much time will it take to get my shop online?
- Learn to Design for Black
- How can people find my products?
- I live outside the U.S., can I still use CafePress.com?

**Learn More about the products you can sell**

▸ **New Products**





About Us | Jobs | Affiliate Program | Contact Us | Help

Sign up for specials: Email Address   

**cafépress**.com     Shop, sell or create what's on your mind.

Father's Day Shipping Deadlines  details ▸

Your Account | Sign In | Cart: **0 items** | Help

START SELLING NOW

Learn to sell with CafePress.com

What You Can Do | Products You Can Sell | Prepare Your Images | Your Shop | Your Success

## Premium Shops
# Perfect for those serious about making money

- **Customize your shop** or choose from our pre-made shop designs for a fresh new look and feel
- **Increase the product choices** available to your customers by offering unlimited designs and products
- **Organize your designs and products** into categories/subcategories
- **Create custom layouts** to showcase your newest design, or most popular items



## Sign up today and get a 15-day Free Trial.

**Premium Shop Pricing**
You receive a 15-Day free trial only if you have not opened a Premium Shop already. Premium Shop fees are automatically billed one month from the date of opening your shop (or after your trial ends).

- $6.95 per month
- $18.45 for 3 months
- $34.95 for 6 months
- $59.95 for 1 year (only $5 per month!)

### Ready to start selling?

Start Selling Now!

Already a member?
Sign In.

**Shop Levels**

Basic Shop

Premium Shop

▪ Tour a Premium Shop
▪ Premium Shop Benefits
▪ Shop Templates

**More Information**

▪ Compare Basic vs. Premium
▪ Success Story

**FAQs**

▪ Can I really make money?
▪ How much does it cost?
▪ How much time will it take to get my shop online?
▪ Can I just buy products from my own shop?
▪ Learn to Design for Black

**Learn More** about your **success.**

About Us | Jobs | Affiliate Program | Contact Us | Help

Sign up for specials: Email Address  GO

All Content Copyright © 1999-2007 CafePress.com. All rights reserved. Use of this web site constitutes acceptance of the Terms of Service.
Privacy Policy | Intellectual Property Policy | Content Disclaimer




TRUST@
site privacy statement
reviewed by

HACKER SAFE
TESTED     14-JUN

INC 500
100

PEOPLE'S VOICE
WINNER

2007
WEBBY
AWARDS

**cafepress**
.com     Shop, sell or create what's on your mind.

Father's Day Shipping Deadlines | details ▶

Your Account | Sign In | Cart: **0 items** | Help

START SELLING NOW

Learn to sell with CafePress.com

What You Can Do   Products You Can Sell   Prepare Your Images   Your Shop   Your Success

# Products you can sell

Choose from 80+ customizable products, including apparel, home & office accessories to books, music and data CDs. Also, check out our new Direct Printing to give your apparel images greater durability, coming soon to select apparel. Select from our full line of products below, or use the links to the right.



NEW PRODUCTS ▶ ▶

New!   Check out our latest products

APPAREL ▶ ▶

KIDS & BABY ▶ ▶

STICKERS, BUTTONS & MAGNETS ▶ ▶

HOUSEWARES ▶ ▶

PRINTS & CARDS ▶ ▶

HATS & BAGS ▶ ▶

BOOKS ▶ ▶

AUDIO & DATA CDS ▶ ▶

**Ready to start selling?**

Start Selling Now!

Already a member?
Sign In.

**Product Categories**

Apparel
Kids & Baby
Hats & Bags
Housewares
Posters, Prints & More
Stickers, Buttons & Magnets
Books
Audio & Data CDs
View All

**More Information**

■ Product Pricing
■ Sell More, Earn More
■ Wholesale Bulk Pricing

**FAQs**

■ Can I sell black t-shirts?
■ Can I ship you products I manufactured to sell in my online shop?
■ How can customers order my products?

Enjoy the superior quality of this direct-to-fabric process that will give your images greater staying power. Yep, no more transfer line or feel. After a few weeks, you'll notice your designs are much more durable with no cracking and much less fading.
Learn more

**Learn More** about preparing your images.

## The products you sell are Made-to-Order

All of your products are made-to-order using our print-on-demand technology. That's right! Each time we receive an order from your online shop, our production facility jumps into action to produce and ship your high-quality finished product.

### Satisfaction Guaranteed!

All products come with a 30-day money back guarantee that ensures your customers have a great shopping experience.

### About Shipping

CafePress.com offers multiple shipping options for delivery within the USA, plus international shipping around the globe.

# cafepress.com    Shop, sell or create what's on your mind.

Father's Day Shipping Deadlines   details ►

Your Account | Sign In | Cart: **0 items** | Help

START SELLING NOW

Learn to sell with CafePress.com    What You Can Do    Products You Can Sell    Prepare Your Images    Your Shop    Your Success

## Apparel


**White T-Shirt**
$13.99


**Sweatshirt**
$20.99


**Long Sleeve T-Shirt**
$18.99

**Jr. Jersey T-Shirt**
$18.99


**Light T-Shirt**
$14.99


**Boxer Shorts**
$12.99


**Hooded Sweatshirt**
$24.99


**Baseball Jersey**
$16.99

**Golf Shirt**
$16.99

**Classic Thong**
$7.99

**Women's T-Shirt**
$13.99


**Jr. Spaghetti Tank**
$16.99


**Jr. Raglan**
$17.99


**Jr. Hoodie**
$24.99


**Fitted T-Shirt**
$15.99


**Yellow T-Shirt**
$14.99

**Green T-Shirt**
$14.99

**Women's Light T-Shirt**
$14.99


**Dog T-Shirt**
$13.99

**Organic Cotton Tee**
$16.99

### Ready to start selling?

Start Selling Now!

**Already a member?**
Sign In

#### Product Categories
Apparel
Kids & Baby
Hats & Bags
Housewares
Posters, Prints & More
Stickers, Buttons & Magnets
Books
Audio & Data CDs
View All

#### More Information
- Product Pricing
- Sell More, Earn More
- Wholesale Bulk Pricing

#### FAQs
- Can I sell black t-shirts?
- Can I ship you products I manufactured to sell in my online shop?
- How can customers order my products?

**Learn More** about preparing **your images.**


**Value T-shirt**
**$8.99**


**Jr. Ringer T-Shirt**
**$16.99**


**Women's Tank Top**
**$14.99**


**Men's Sleeveless Tee**
**$14.99**



**Ringer T**
**$14.99**


**Women's Raglan Hoodie**
**$26.99**


**Women's Tracksuit**
**$39.99**


**Women's Cap Sleeve T-Shirt**
**$15.99**


**Dark T-Shirt**
**$18.99**


**Long Sleeve Dark T-Shirt**
**$23.99**


**Women's Dark T-Shirt**
**$19.99**


**Women's Long Sleeve Dark T-Shirt**
**$23.99**


**Women's Long Sleeve T-Shirt**
**$18.99**


**Women's V-Neck T-Shirt**
**$15.99**


**Women's V-Neck Dark T-Shirt**
**$19.99**


**Women's Plus Size Scoop Neck T-Shirt**
**$24.99**


**Women's Plus Size Scoop Neck Dark T-Shirt**
**$24.99**


**Women's Plus Size V-Neck T-Shirt**
**$24.99**


**Women's Plus Size V-Neck Dark T-Shirt**
**$24.99**


**Maternity T-Shirt**
**$23.99**


**Maternity Dark T-Shirt**
**$23.99**