# EXHIBIT 1 part B



# Big Booper Tees

Cart & Checkout | Help | Order Status | Shop Home

Big Booper Tees : **Military and current events**

**BROWSE PRODUCTS**
select one

**BROWSE DESIGNS**
» Military and current events
» Sports, Fantasy sports
» Hobbies, Humor
» Politics
» Prints

**SHOPKEEPER BIO**



**Otis**
Rochester Hills, Michigan
Member Since: 2005

**STORE NEWSLETTER**
Enter your email below to receive product features and specials in your inbox!

your email

join



M-14(2)        SF Patch        I want you-rangers

    

SF George Bush    Hardcore Infidel-Bush    Hardcore Infidel

    

American citizen    Marines-Iwo    Marines-design 2

Military and Events - Big Booper Tees - CafePress.com
Case 2:07-cv-00354 Document 22-3 Filed 06/25/2007 Page 3 of 7
Page 2 of 6





Military Calendars

claymore mine 2  Claymore mine



American Infidel  Al-Qaeda Long Distace Provider  Al-Qaeda Hole Puncher





Insurgent Destroyer  Taliban Killer  Al-Qaeda Hunter





DEAD  Recon  De Oppresso Liber

  

SF_real men have beards 2   |   Hammer the Americans...   |   Army of George

 

I'd rather be waterboarding   |   I support CIA secret prisons   |   KA-BAR 2

  

iNade   |   iSAW   |   iLiberate

  

U.S. Contractor   |   75 Ranger Battalion   |   Ranger Tab t-shirts

  

Screw Hezbollah shirts
Screw Hezbollah. Wear these shirts to show your displeasure towards Hezbollahs aggressive acts towards Israel.

IDF-naval commandos
Let everyone know you support the Israeli Defense Force and thier naval commandos.

Bush-fighting terror2
Support President George Bush and his fight against terrorism.

  

got ? Tee shirts
Do you got Special Forces or 1st Armor? How about Kalishnikov, PJ's, or Squad Automatic Weapon? Let folks know that you do with this collection of tees.

I'd rather be tee shirts
Let North Korea, Syria, and Iran be warned that you'd rather be carpet bombing them with the "I'd rather be" collection.

army rangers t-shirt
Show your respect for the U.S.Army Rangers with thisshirt. black t-shirt.

 

Marines-flag
Wear this shirt to show your pride in the U.S.M.C.

M-14 T-shirts
M-14 ".308 holes make dead souls" Display your affection for the M-14 rifle with these t-shirts.

M24 SWS t-shirts
Wear an M24 Sniper Weapon System shirt and let everyone know within a mile or so that they're ir range of a well trained U.S. soldier.



Special Forces Tees
Special Forces- "real men have beards". Show your love for the bearded warriors in Afghanistan who serve the U.S. Army Special Forces.

Blackhawk T-shirts
Blackhawk, "when the fast ropes drop the bullshit stops". Better run fast when U.S. troops drop the fast ropes. Whatever you were doing to piss off America stops when these soldiers hit the ground.

Daisy Cutter T-shirts
First used in Vietnam to clear landing areas for helicopters and later in Afghanistan to demoralize Taliban and Al-Qaeda troops, the BLU-82B "daisy cutter is one mother of a bomb.

  

All Shirts Abrams
You "tread heads" out there can show everyone your love for the M1 Abrams Main Battle Tank with these shirts.

JDAM Tees
JDAM "coming to a cave near you." Taliban beware: a cave isn't going to protect you from the lethality of a JDAM.

CCT
Air Force combat controllers just need to dial the phone to drop a JDAM on a dime when trouble is near.

  

Special Forces est. 1952 Tee shirts
These T-shirts display all U.S. Army SpecialForces flashes on the back of the shirt. Show your respect of this elite unit, which was founded in 1952.

Military themed clocks

M4 SOPMOD tees
M4 SOPMOD "killing terrorists around the globe." Special Forces and other elite unit such as the Rangers and S.E.A.L.s use the specially modified weapon to eradicate terrorism from any place

http://www.cafepress.com/bigboopertees/1648592    6/24/2007

on the ma





fuck Hezbollah  Bush-Rockin'&Rollin'  bumper stickers




C-4  axis of evil

**GOT QUESTIONS?** **LIKE TO ORDER BY PHONE?** CA

**Where's My Stuff?**
- Track your recent orders.
- View or change your order.

**Shipping & Returns**
- See our shipping rates.
- Make a return or exchange.

**Need Help?**
- Satisfaction Guaranteed.
- Visit our Customer Service.

This shop is powered by CafePress.com.
Copyright © 1999-2007 CafePress.com. All rights reserved.
Privacy Policy | Trademark & Copyright Information