# EXHIBIT 2

Dockets.Justia.com

# Greenberg Traurig

Ian C. Ballon
L.A. Direct Dial: 310.586.6575
L.A. Direct Fax: 310.586.0575
Palo Alto Direct Dial: 650.289.7881
Palo Alto Direct Fax: 650.462.7881

Ballon@gtlaw.com

June 20, 2007

**VIA FACSIMILE AND U.S. MAIL**
304-342-3189

Charles M. Love
The Masters Law Firm, LC
181 Summers Street
Charleston, West Virginia 25301

    Re:   *Erik Curran v. Amazon.com, Inc., et al.*

Dear Mr. Love:

    This responds to your letter of June 15, 2007 to John Tinney.

    While we certainly believe in the benefits of informal information exchanges, since the information you request potentially implicates the privacy rights of a third party user, we think it best that you proceed through formal procedures.

Very truly yours,

Ian C. Ballon

ICB:sll

cc:   John H. Tinney, Esq.
       Wendy M. Mantell, Esq.

ALBANY
AMSTERDAM
ATLANTA
BOCA RATON
BOSTON
BRUSSELS*
CHICAGO
DALLAS
DELAWARE
DENVER
FORT LAUDERDALE
HOUSTON
LAS VEGAS
LONDON*
LOS ANGELES
MIAMI
MILAN*
NEW JERSEY
NEW YORK
ORANGE COUNTY
ORLANDO
PHILADELPHIA
PHOENIX
ROME*
SACRAMENTO
SILICON VALLEY
TALLAHASSEE
TAMPA
TOKYO*
TYSONS CORNER
WASHINGTON D.C.
WEST PALM BEACH
ZURICH

LA 126836488v2 6/19/2007

Greenberg Traurig, LLP | Attorneys at Law | Los Angeles Office | 2450 Colorado Avenue | Suite 400E | Santa Monica, CA 90404
Tel 310.586.7700 | Fax 310.586.7800

www.gtlaw.com