IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

ERIK CURRAN,

      Plaintiff,

v.

AMAZON.COM, a Delaware
Corporation; GETTY IMAGES,
INC., a Delaware corporation; ST.
MARTIN'S PRESS, LLC;
SIDESHOW INC., d/b/a
SIDESHOW COLLECTIBLES, a
Delaware corporation; HOT TOYS,
LTD., a business entity incorporated
in Hong Kong; and CAFÉ PRESS.COM,
INC., a Delaware corporation,

      Defendants.

CIVIL ACTION NO.:2:07-0354

STIPULATION OF DISMISSAL

**IT IS HEREBY STIPULATED**, by and between the undersigned counsel for the parties to the above-captioned action that, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, that all claims in this action be dismissed without prejudice as against Sideshow Inc., a Delaware company doing business in California.

IT IS FURTHER STIPULATED AND AGREED, by, between and among the undersigned counsel for the parties, that this stipulation may be executed in counterparts and that facsimile signatures shall be deemed originals.

Dated: New York, New York
June 26, 2007

							THE MASTERS LAW FIRM

_____						_____ (ss)
Ramin Niami								Charles M. Love, IV
Sideshow, Inc. d/b/a Sideshow Digital					181 Summers Street
2330 Veteran Avenue							Charleston, West Virginia 25301
Los Angeles, CA 90064							(304) 342-3106
*Pro se Defendant*							*Attorneys for Plaintiff*

JACKSON KELLY PLLC

/s/David Allen Barnette
     David A. Barnette (WVSB #242)
1600 Laidley Tower
P.O. Box 553
Charleston, West Virginia 25322
(304) 340-1000
*Attorneys for St. Martin's Press, LLC and Amazon.Com, Inc.*

/s/ Andrew B. Cooke
     Andrew B. Cooke (WVSB #6564)
Flaherty, Sensabaugh & Bonasso, PLLC
200 Capitol Street
Charleston, West Virginia
 Counsel for Getty Images, Inc.

THE TINNEY LAW FIRM

*John Tinney* by MAC
John Tinney

Bank One Center, 14th Floor
707 Virginia Street, East
P.O. Box 3752
Charleston, West Virginia 25337-3752
(304) 720-3310
*Attorneys for CaféPress.com*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

AT CHARLESTON

**ERIK CURRAN,**

    **Plaintiff,**

v.

**AMAZON.COM, INC.,** a Delaware corporation; **GETTY IMAGES, INC.,** a Delaware corporation; **ST. MARTIN'S PRESS, LLC, SIDESHOW INC.,** d/b/a **SIDESHOW COLLECTIBLES,** a Delaware corporation; **HOT TOYS LTD.,** a business entity incorporated in Hong Kong; AND **CAFÉ PRESS.COM, INC.,** a Delaware corporation,

    **Defendants.**

CIVIL ACTION NO.: 2:07-0354
(Judge John T. Copenhaver)

## CERTIFICATE OF SERVICE

    I, David Allen Barnette, counsel for St. Martin's Press, LLC and Amazon.com, Inc., do hereby certify that on June 26, 2007, the *Stipulation of Dismissal* was filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants shown below:

    Charles M. Love, IV, Esquire
    Marvin W. Masters, Esquire
    The Masters Law Firm
    181 Summers Street
    Charleston, WV 25301
    cml@themasterslawfirm.com

    Andrew B. Cook, Esquire
    Elizabeth L. Taylor, Esquire
    Flaherty Sensabaugh & Bonasso
    Post Office Box 3843
    Charleston, West Virginia 25338-3843
    acooke@fsblaw.com
    etaylor@fsblaw.com

John H. Tinney, Esquire
John H. Tinney, Jr., Esquire
The Tinney Law Firm, PLLC
Bank One Center, 14th Floor
7097 Virginia Street, East
Charleston, West Virginia 25301
johntinney@tinneylawfirm.com
jacktinney@tinneylawfirm.com

I hereby certify that I have mailed the *Stipulation of Dismissal* by First Class United States Mail to the following non-CM/ECF participants:

Ian C. Ballon, Esquire
Wendy M. Mantell, Esquire
Greenberg Traurig
Suite 400E
2450 Colorado Avenue
Santa Monica, California 90404

Stephen M. Rummage
Davis Wright Tremaine LLP
1201 Third Avenue, Suite 2200
Seattle, Washington 98101

Karen Robson, Esquire
Pryor Cashman, LLP
1801 Century Park East, 24th Floor
Los Angeles, California 90067

James K. Tinney, Esquire
The Tinney Law Firm, PLLC
P.O. Box 3752
Charleston, West Virginia 25337-3752

/s/David Allen Barnette
DAVID ALLEN BARNETTE

{C1216713.1}