# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# AT CHARLESTON

**ERIK CURRAN,**

    **Plaintiff,**

v.                               **CIVIL ACTION NO.: 2:07-0354**
                                     **(Judge John T. Copenhaver)**

**AMAZON.COM, INC.,** a
Delaware corporation;
**GETTY IMAGES, INC.,**
a Delaware corporation;
**ST. MARTIN'S PRESS, LLC,**
A New York corporation;
**SIDESHOW INC.,** d/b/a **SIDESHOW
COLLECTIBLES,** a Delaware corporation;
**HOT TOYS, LTD.,** a business entity
incorporated in Hong Kong; and
**CAFE PRESS.COM, INC.,** a Delaware
corporation,

    **Defendants.**

## DEFENDANT GETTY IMAGES'
## MOTION TO DISMISS

    Defendant Getty Images, Inc., hereby moves this Court for an order dismissing the Complaint with prejudice for failure to state a claim upon which relief can be granted, pursuant to Federal Rules of Civil Procedure 12(b)(6) and 12(c). The accompanying Memorandum of Law sets forth the basis for this Motion.

                                                            **GETTY IMAGES, INC.**
                                                             **By Counsel**

/s/Andrew B. Cooke
Andrew B. Cooke (WVSB #6564)
Elizabeth L. Taylor (WV State Bar #10270)
FLAHERTY, SENSABAUGH & BONASSO, P.L.L.C.
200 Capitol Street
P. O. Box 3843
Charleston, WV 25338-3843
(304) 345-0200 (Telephone)
(304) 345-0260 (Telecopier)
acooke@fsblaw.com (E-Mail)
*Counsel for Getty Images, Inc.*

*Of Counsel:*
Stephen M. Rummage
Davis Wright Tremaine LLP
1201 Third Avenue, Suite 2200
Seattle, WA 98101
(206) 757-8136
(206) 757-7136 (facsimile)
SteveRummage@DWT.com (E-Mail)
*Counsel for Getty Images, Inc.*

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**AT CHARLESTON**

**ERIK CURRAN,**

    **Plaintiff,**

**v.**                                 **CIVIL ACTION NO.: 2:07-0354**
                                               **(Judge John T. Copenhaver)**

**AMAZON.COM, INC., a
Delaware corporation;
GETTY IMAGES, INC.,
a Delaware corporation;
ST. MARTIN'S PRESS, LLC,
A New York corporation;
SIDESHOW INC., d/b/a SIDESHOW
COLLECTIBLES, a Delaware corporation;
HOT TOYS, LTD., a business entity
incorporated in Hong Kong; and
CAFE PRESS.COM, INC., a Delaware
corporation,**

    **Defendants.**

**CERTIFICATE OF SERVICE**

I, Andrew B. Cooke, counsel for Getty Images, Inc, do hereby certify that on June 27, 2007, I presented the foregoing ***Defendant Getty Images, Inc.'s Motion to Dismiss*** to the Clerk of Court for filing and uploading to the CM/ECF system.

| | |
|---|---|
| David Allen Barnette<br>W. Scott Evans<br>Jackson Kelly PLLLC<br>P. O. Box 553<br>Charleston, WV 25322<br>(304) 340-1327<br>dbarnette@jacksonkelly.com | John H. Tinney, Esquire<br>The Tinney Law Firm, PLLC<br>707 Virginia Street, East<br>P.O. Box 3752<br>Charleston, WV 25337-3752<br>johntinney@tinneylawfirm.com |
| Charles M. Love, IV, Esquire<br>Marvin W. Masters, Esquire<br>181 Summers Street<br>Charleston, WV 25301<br>cml@themasterslawfirm.com<br>mwm@themasterslawfirm.com | Ian C. Ballon, Esquire<br>Wendy M. Mantell, Esquire<br>Greenberg Traurig LLP<br>2450 Colorado Ave., Suite 400E<br>Santa Monica, CA 90404 |

/s/Andrew B. Cooke_____
Andrew B. Cooke (WVSB #6564)
Elizabeth L. Taylor (WV State Bar #10270)
FLAHERTY, SENSABAUGH & BONASSO, P.L.L.C.
200 Capitol Street
P. O. Box 3843
Charleston, WV 25338-3843
(304) 345-0200 (Telephone)
(304) 345-0260 (Telecopier)
acooke@fsblaw.com (E-Mail)