USDC/ATTY-003  (Rev. 2/07) | LR 16.1  Report of Parties Planning Meeting

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
### AT  SELECT ONE:

ERIK C. CURRAN

V.

AMAZON.COM, INC., et al

REPORT OF PARTIES' PLANNING MEETING
CASE NUMBER  2:07-C-354

*Guideline for parties and attorneys:*
**The parties are advised to use the** *Worksheet for Report of Parties Planning Meeting* **(Form  USDC/ATTY-004 located on the Court's website at** www.wvsd.uscourts.gov**) and the suggested guidelines contained in the form's comments.**

1.   Pursuant to Fed.R.Civ.P. 26(f), a meeting was held on  July 9, 2007 . Those participating were:

 Charles M. Love, IV  for plaintiff(s)

 J. Tinney, Jr.  I. Ballon, W. Mantell  for defendant(s)  CafePress.com

 David Barnette  for defendant(s)  Amazon.Com, & St. Martin's Press

 Andrew cooke  for defendant(s)  Getty Images, Inc.

2.   Pre-Discovery Disclosures.  The parties will exchange by  August 31, 2007  the information required by Fed.R.Civ.P. 26(a)(1).

3.   Plaintiff(s) should be allowed until  September 30, 2007  to join additional parties and until  October 15, 2007  to amend the pleadings.  Defendant(s) should be allowed until  November 15, 2007  to join additional parties and until  November 15, 2007  to amend the pleadings.

*Page 1 of 4*

USDC/ATTY-003 | LR 16.1 (Rev. 2/07) Report of Parties Plainning Meeting

4.      Discovery Plan. The parties jointly propose to the court the following discovery plan: [Use separate paragraphs or subparagraphs as necessary if parties disagree.]

   Discovery will be needed on the following subjects:

   Liability and Damages. Discovery will be needed consistent with the allegations in the Complaint, Answer and pending Motions to Dismiss according to the defendants.

   Disclosure of electronically stored information should be handled as follows:

   In accordance with Federal Rules of Civil Procedure

   The parties have agreed to an order regarding claims of privilege or of protection as trial-preparation material asserted after production, as follows:

   The parties defer protective order issues until discovery requests are exchanged. No agreement at this time.

   This action   is not   suitable for designation as a complex case requiring special case management procedures and additional pretrial conferences. If the parties and attorneys believe that the case is complex, the basis for that belief is:

   The last date to serve discovery requests is   February 1, 2008  . The last date on which to take a discovery deposition is 45 days after the last date to serve discovery requests. The last date on which to take a discovery deposition is known as the "discovery completion date." [Discovery on   liability and damages   to be completed by   March 17, 2008  .]

   The parties   do   adopt the discovery limits set forth in the Federal Rules of Civil Procedure. If the parties and attorneys believe that more discovery is needed, the basis for that belief is:

USDC/ATTY-003 | LR 16.1 (Rev. 2/07) Report of Parties Plainning Meeting

Reports from retained experts under Rule 26(a)(2) due:

By the party with the burden of proof on an issue: __December 1, 2007__ ;
By the party not bearing the burden of proof on an issue: __January 15, 2008__ ; and
Expert witness disclosures intended solely to contradict or rebut evidence on the same issue identified by another party: __February 15, 2008__ .

5. Magistrate judges will resolve discovery disputes. The parties __do not consent__ to have a United States magistrate judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.

6. Mediation shall take place on or before __March 15, 2008__ .

7. Potential dispositive motions shall be filed by __April 15, 2008__ , with responses and replies filed according to the Local Rules.

8. The parties request a pretrial conference in __May 15, 2008__ .
The plaintiff(s) shall submit a proposed pretrial order to defendant(s) on or before __April 15, 2008__ .
The defendant(s) shall compile a proposed integrated pretrial order and submit it to chambers of the presiding judicial officer on or before __May 1, 2008__ .

9. Where applicable, proposed jury instruction shall be exchanged and transmitted to chambers of the presiding judicial officer in WordPerfect format on or before __N/A__ .

10. Where applicable, proposed findings of fact and conclusions of law shall be exchanged and transmitted to chambers of the presiding judicial officer in WordPerfect format on or before __N/A__ .

11. A final settlement conference will take place on __May 15, 2008__ .

USDC/ATTY-003 | LR 16.1 (Rev. 2/07) Report of Parties Plainning Meeting

12.   The case should be ready for trial by _____June, 2008_____, and at this time is expected to take approximately ___3 to 4 days___ days.

The parties Select: a conference with the court before entry of the scheduling order.

s/Charles M. Love, IV

Charles M. Love, IV
West Virginia State Bar No.  7477
The Masters Law Firm lc
181 Summers Street
Charleston, West Virginia  25301
(304) 342-3106
(304) 342-3189
cml@themasterslawfirm.com