IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

ERIK CURRAN,

       Plaintiff,

v.

AMAZON.COM, INC.,
a Delaware corporation;
GETTY IMAGES, INC.,
a Delaware corporation;
ST. MARTIN'S PRESS, LLC,
a New York corporation;
SIDESHOW INC., d/b/a SIDESHOW
COLLECTIBLES, a Delaware  corporation
HOT TOYS, LTD., a business entity
incorporated in  Hong Kong;  and
CAFÉ PRESS.COM, INC. a Delaware
corporation,

       Defendants.

Civil Action No. 2:07-cv-354
(Honorable John T. Copenhaver)

**FOOTNOTE ADDENDUM TO REPORT OF PARTIES PLANNING MEETING**

1.     The defendants agree to the provisions of this Rule 26(f) report without prejudice to their position that plaintiff's Complaint be dismissed with prejudice as set forth in their respective pending motions to dismiss.

2.     The plaintiffs believe that the defendants' Motions to Dismiss is frivolous and believes the addendum is frivolous and objects to its inclusion.