IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

ERIK CURRAN

        Plaintiff,

v.                                                                   Civil Action No. 2:07-cv-354
        (Honorable John T. Copenhaver)

AMAZON.COM, INC.,
a Delaware corporation;
GETTY IMAGES, INC.,
a Delaware corporation;
ST. MARTIN'S PRESS, LLC,
a New York corporation;
SIDESHOW INC., d/b/a SIDESHOW
COLLECTIBLES, a Delaware corporation
HOT TOYS, LTD., a business entity
incorporated in Hong Kong; and
CAFÉ PRESS.COM, INC. a Delaware
corporation,

        Defendants.

## CERTIFICATE OF SERVICE

I, Charles M. Love, IV, do hereby certify that true and exact copies of "Report of

Parties' Planning Meeting" were served upon:

>John H. Tinney, Esquire
>The Tinney Law Firm, PLLC
>Bank One Center, 14th Floor
>7097 Virginia Street, East
>Charleston, West Virginia 25301
>Counsel for CafePress.com

>David A. Barnette, Esquire
>Jackson & Kelly
>1600 Laidley Tower
>Post Office Box 553
>Charleston, West Virginia 25322
>Counsel for Amazon.com and St. Martin's Press

        Andrew B. Cooke, Esquire
        Elizabeth L. Taylor, Esquire
        Flaherty Sensabaugh & Bonasson
        Post Office Box 3843
        Charleston, West Virginia  25338-3843
        Counsel for Getty Images, Inc.

via electronic filing this 16th day of July, 2007; and upon:

        Ian C. Ballon, Esquire
        Wendy M. Mantell, Esquire
        GREENBERG TRAURIG
        Suite 400E
        2450 Colorado Avenue
        Santa Monica, California 90404
        Counsel for CafePress.com

in envelopes properly addressed, stamped and deposited in the regular course of the

United States Mail this 16th day of July, 2007

                                           **s/Charles M. Love, IV**
                                           Charles M. Love, IV, Esquire
                                           West Virginia State Bar No.  7477