AO 440 (Rev. 8/01) | SDWV/CIV-004 (4/05) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA

AT CHARLESTON

ERIK C. CURRAN

Plaintiff,

V.

AMAZON.COM, INC., ~~et al~~ See Attached

Defendants.

SUMMONS IN A CIVIL ACTION
CIVIL ACTION No. 2:07-cv-354

TO [Name and address of defendant]:

HOT TOYS, Ltd.
13th Floor, 579 Nathan Road
Mongkok, Kowloon
Hong Kong

YOU ARE HEREBY SUMMONED and required to serve on [Name and address of Attorney(s) for Plaintiff(s)]:

Charles M. Love, IV
The Masters Law Firm lc
181 Summers Street
Charleston, West Virginia 25301

an answer to the complaint which is served on you with this summons, within 20 days of service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TERESA L. DEPPNER, CLERK OF COURTS                DATE: JUL 2 5 2007

BY: _Eugenio Burger_
DEPUTY CLERK

crg+2

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

AT CHARLESTON

ERIK CURRAN,

    Plaintiff,

v.

AMAZON.COM, INC., a Delaware
corporation; GETTY IMAGES, INC.,
a Delaware corporation; ST. MARTIN'S
PRESS, LLC, SIDESHOW INC., d/b/a
SIDESHOW COLLECTIBLES, a
Delaware corporation; HOT TOYS LTD.,
a business entity incorporated in Hong
Kong; AND CAFÉ PRESS.COM, INC., a
Delaware corporation,

    Defendants.

CIVIL ACTION NO.: 2:07-0354
(Judge John T. Copenhaver)