IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

ERIK CURRAN,

    Plaintiff,

v.                                          Civil Action No. 2:07-cv-354
                                             (Honorable John T. Copenhaver)

AMAZON.COM, INC.,
a Delaware corporation;
GETTY IMAGES, INC.,
a Delaware corporation;
ST. MARTIN'S PRESS, LLC,
a New York corporation;
SIDESHOW INC., d/b/a SIDESHOW
COLLECTIBLES, a Delaware corporation
HOT TOYS, LTD., a business entity
incorporated in Hong Kong; and
CAFÉ PRESS.COM, INC. a Delaware
corporation,

    Defendants.

PLAINTIFF'S MOTION TO APPOINT SPECIAL PROCESS
SERVER AND TO EXTEND TIME FOR FOREIGN SERVICE OF PROCESS

Comes now the plaintiff, by counsel, and moves this Honorable Court to appoint APS International, Ltd., as Special Process Server for the purpose of serving process on defendant, Hot Toys, Ltd., which is, or believed to be, a Hong Kong corporation and a signatory to the Hague Service Convention, and for an extension of time in which to affect service of process on said Hong Kong corporation to a minimum of 180 days.

        Respectfully submitted,

        ERIK CURRAN

        By Counsel

**s/ Charles M. Love, IV**
Marvin W. Masters, Esquire
West Virginia  State Bar No.  2359
Charles M. Love, IV, Esquire
West Virginia State Bar No.  7477
The Masters Law Firm lc
181 Summers Street
Charleston, West Virginia  25301
(304) 342-3106
Counsel for Plaintiff
F:\5\725\MO002.doc

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

ERIK CURRAN,

    Plaintiff,

v.                                                       Civil Action No. 2:07-cv-354
                                                       (Honorable John T. Copenhaver)

AMAZON.COM, INC.,
a Delaware corporation;
GETTY IMAGES, INC.,
a Delaware corporation;
ST. MARTIN'S PRESS, LLC,
a New York corporation;
SIDESHOW INC., d/b/a SIDESHOW
COLLECTIBLES, a Delaware corporation
HOT TOYS, LTD., a business entity
incorporated in Hong Kong; and
CAFÉ PRESS.COM, INC. a Delaware
corporation,

    Defendants.

CERTIFICATE OF SERVICE

    I, Charles M. Love, IV, do hereby certify that true and exact copies of "Plaintiff's Motion to Appoint Special Process Server and to Extend Time for Foreign Service of Process" were served upon:

        John H. Tinney, Esquire
        The Tinney Law Firm, PLLC
        Bank One Center, 14th Floor
        7097 Virginia Street, East
        Charleston, West Virginia 25301
        Counsel for CafePress.com

>David A. Barnette, Esquire
>Jackson & Kelly
>1600 Laidley Tower
>Post Office Box 553
>Charleston, West Virginia 25322
>Counsel for Amazon.com and St. Martin's Press
>
>Andrew B. Cooke, Esquire
>Elizabeth L. Taylor, Esquire
>Flaherty Sensabaugh & Bonasson
>Post Office Box 3843
>Charleston, West Virginia 25338-3843
>Counsel for Getty Images, Inc.

via electronic filing this 14th day of August, 2007; and upon:

>Ian C. Ballon, Esquire
>Wendy M. Mantell, Esquire
>GREENBERG TRAURIG
>Suite 400E
>2450 Colorado Avenue
>Santa Monica, California 90404
>Counsel for CafePress.com
>
>Suyin So, Esquire
>Perry M. Amsellem, Esquire
>Pryor Cashman, LLP
>410 Park Avenue
>New York, New York 10022
>Counsel for Sideshow, Inc., d/b/a Sideshow Collectibles.
>
>Karen Robson
>Pryor Cashman, LLP
>1801 Century Park East
>Los Angeles, California 90067
>Counsel for Sideshow, Inc., d/b/a Sideshow Collectibles

in envelopes properly addressed, stamped and deposited in the regular course of the

United States Mail this 14th day of August, 2007

                **s/Charles M. Love, IV**
                Charles M. Love, IV, Esquire
                West Virginia State Bar No.  7477