IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

ERIK CURRAN,

       Plaintiff,

v.

AMAZON.COM, INC.,
a Delaware corporation;
GETTY IMAGES, INC.,
a Delaware corporation;
ST. MARTIN'S PRESS, LLC,
a New York corporation;
SIDESHOW INC., d/b/a SIDESHOW
COLLECTIBLES, a Delaware  corporation
HOT TOYS, LTD., a business entity
incorporated in  Hong Kong;  and
CAFÉ PRESS.COM, INC. a Delaware
corporation,

       Defendants.

Civil Action No.  2:07-cv-354
(Honorable John T. Copenhaver)

ORDER TO APPOINT SPECIAL PROCESS SERVICE
AND TO EXTEND TIME FOR FOREIGN SERVICE OF PROCESS

IT IS HEREBY ORDERED  that  APS  International, Ltd.  is  appointed  Special

Process Service for the purpose of serving process on the defendant, Hot Toys, Ltd., a

Hong Kong corporation, by delivering a copy of the Summons and Complaint to an

officer, a managing or general agent, or to any other agent authorized by appointment

or by law to receive service of process and, if the agent is one authorized by statute to

receive service and the statute so requires, by also mailing a copy to the defendant.

Dockets.Justia.com

It is further ORDERED that plaintiff be granted a minimum of 180 days from the date of entry of this Order to afford service of process on the aforementioned Hong Kong corporation signatory to the Hague Service Convention.

The Clerk is directed to send <u>THREE</u> <u>CERTIFIED</u> <u>COPIES</u> of this Order, <u>INCLUDING</u> <u>RAISED</u> <u>SEAL</u> <u>EMBOSSMENT</u>, to counsel of record listed below.

ENTERED this _____ day of _____, 2007.

_____
Honorable John T. Copenhaver, Judge

PREPARED BY:

**s/ Charles M. Love, IV**
Marvin W. Masters, Esquire
West Virginia  State Bar No.  2359
Charles M. Love, IV, Esquire
West Virginia State Bar No.  7477
The Masters Law Firm lc
181 Summers Street
Charleston, West Virginia  25301
(304) 342-3106
Counsel for Plaintiff
F:\5\725\O001.doc

2