IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

ERIK CURRAN,

        Plaintiff,

v.                                                                          Civil Action No. 2:07-cv-354
                                                                               (Honorable John T. Copenhaver)

AMAZON.COM, INC.,
a Delaware corporation;
GETTY IMAGES, INC.,
a Delaware corporation;
ST. MARTIN'S PRESS, LLC,
a New York corporation;
SIDESHOW INC., d/b/a SIDESHOW
COLLECTIBLES, a Delaware corporation
HOT TOYS, LTD., a business entity
incorporated in Hong Kong; and
CAFÉ PRESS.COM, INC. a Delaware
corporation,

        Defendants.

ORDER TO APPOINT SPECIAL PROCESS SERVICE
AND TO EXTEND TIME FOR FOREIGN SERVICE OF PROCESS

    IT IS HEREBY ORDERED that APS International, Ltd. is appointed Special Process Service for the purpose of serving process on the defendant, Hot Toys, Ltd., a Hong Kong corporation, by delivering a copy of the Summons and Complaint to an officer, a managing or general agent, or to any other agent authorized by appointment or by law to receive service of process and, if the agent is one authorized by statute to receive service and the statute so requires, by also mailing a copy to the defendant.

It is further ORDERED that plaintiff be granted ~~a minimum of~~ 180 days from the date of entry of this Order to afford service of process on the aforementioned Hong Kong corporation signatory to the Hague Service Convention.

The Clerk is directed to send <u>THREE</u> <u>CERTIFIED</u> <u>COPIES</u> of this Order, <u>INCLUDING</u> <u>RAISED</u> <u>SEAL</u> <u>EMBOSSMENT</u>, to counsel of record listed below.

ENTERED this __21st__ day of __August__, 2007.

_____
Honorable John T. Copenhaver, Judge

PREPARED BY:

**s/ Charles M. Love, IV**
Marvin W. Masters, Esquire
West Virginia State Bar No. 2359
Charles M. Love, IV, Esquire
West Virginia State Bar No. 7477
The Masters Law Firm lc
181 Summers Street
Charleston, West Virginia 25301
(304) 342-3106
Counsel for Plaintiff
F:\5\725\O001.doc