IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

ERIK CURRAN,

        Plaintiff,

v.                                                                          Civil Action No.  2:07-cv-354
                                                                                            (Honorable John T. Copenhaver)

AMAZON.COM, INC.,
a Delaware corporation;
GETTY IMAGES, INC.,
a Delaware corporation;
ST. MARTIN'S PRESS, LLC,
a New York corporation;
SIDESHOW INC., d/b/a SIDESHOW
COLLECTIBLES, a Delaware  corporation
HOT TOYS, LTD., a business entity
incorporated in  Hong Kong;  and
CAFÉ PRESS.COM, INC. a Delaware
corporation,

        Defendants.

CERTIFICATE OF SERVICE

      I, Charles M. Love, IV, do hereby certify that   true and exact copies of "Plaintiff's Rule 26(a)(1) Disclosures" were served upon:

        John H. Tinney, Esquire
        The Tinney Law Firm, PLLC
        Bank One Center, 14th Floor
        7097 Virginia Street, East
        Charleston, West Virginia 25301
        Counsel for CafePress.com

        David A. Barnette, Esquire
        Jackson & Kelly
        1600 Laidley Tower
        Post Office Box 553
        Charleston, West Virginia 25322
        Counsel for Amazon.com and St. Martin's Press

        Andrew B. Cooke, Esquire
        Elizabeth L. Taylor, Esquire
        Flaherty Sensabaugh & Bonasson
        Post Office Box 3843
        Charleston, West Virginia  25338-3843
        Counsel for Getty Images, Inc.

via electronic filing and in envelopes properly addressed, stamped and deposited in the regular course of the United States Mail this 22nd day of August, 2007; and upon:

        Ian C. Ballon, Esquire
        Wendy M. Mantell, Esquire
        GREENBERG TRAURIG
        Suite 400E
        2450 Colorado Avenue
        Santa Monica, California 90404
        Counsel for CafePress.com

        Stephen M. Rummage, Esquire
        Davis Wright Tremaine
        Suite 2200
        1201 Third Avenue
        Seattle, Washington 98101-3405
        Counsel for Getty Images, Inc.

in envelopes properly addressed, stamped and deposited in the regular course of the United States Mail this 22nd day of August, 2007.

        **s/ Charles M. Love, IV**
        Charles M. Love, IV, Esquire
        West Virginia State Bar No.  7477

F:\5\725\X003.doc