# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
### AT CHARLESTON

**ERIK CURRAN,**

    **Plaintiff,**

v.                           **CIVIL ACTION NO.: 2:07-0354**

**AMAZON.COM, INC.,** a
Delaware corporation; **GETTY
IMAGES, INC.,** a Delaware
corporation; **ST. MARTIN'S
PRESS, LLC, SIDESHOW INC.,**
d/b/a **SIDESHOW COLLECTIBLES,**
a Delaware corporation; **HOT TOYS
LTD.,** a business entity incorporated
in Hong Kong; AND **CAFEPRESS.COM,
INC.,** a Delaware corporation,

    **Defendants.**

## CERTIFICATE OF SERVICE

I, John H. Tinney, hereby certify that on the 30th day of August, 2007, a true copy of **"CafePress.Com, Inc.'s Initial Disclosures Pursuant to Federal Rule of Civil Procedure 26"** was served upon the parties by depositing a true copy thereof in the United States first class mail, postage prepaid, and addressed to counsel as follows:

    Marvin W. Masters, Esquire
    Charles M. Love, IV, Esquire
    The Masters Law Firm
    181 Summers Street
    Charleston, WV 25301
        *Counsel for Plaintiff*

David A. Barnette, Esquire
W. Scott Evans, Esquire
Jackson Kelly PLLC
P. O. Box 553
Charleston, WV 25322
   *Counsel for Amazon.Com, Inc. and*
   *St. Martin's Press, LLC*

Andrew B. Cooke, Esquire
Elizabeth L. Taylor, Esquire
Flaherty Sensabaugh & Bonasso
P. O. Box 3843
Charleston, WV 25338-3843

Stephen M. Rummage, Esquire
Davis Wright Tremaine LLP
1201 Third Avenue, Suite 2200
Seattle, WA 98101
   *Counsel for Getty Images, Inc.*


                        /s/ John H. Tinney
                        John H. Tinney (WV State Bar #3766)