IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

**ERIK CURRAN,**

    **Plaintiff,**

v.   CIVIL ACTION NO.: 2:07-0354
    (Judge John T. Copenhaver)

**AMAZON.COM, INC.**, a Delaware
corporation; **GETTY IMAGES, INC.**,
a Delaware corporation; **ST. MARTIN'S
PRESS, LLC, SIDESHOW INC.**, d/b/a
**SIDESHOW COLLECTIBLES**, a
Delaware corporation; **HOT TOYS LTD.**,
a business entity incorporated in Hong
Kong; and **CAFÉ PRESS.COM, INC.**, a
Delaware corporation,

    **Defendants.**

## CERTIFICATE OF SERVICE

I, David Allen Barnette, counsel for Defendants, St. Martin's Press, LLC and Amazon.Com, Inc., do hereby certify that on the 31st day of August, 2007, I served the foregoing *Rule 26(a)(1) Disclosures of Defendants Amazon.Com, Inc. and St. Martin's Press* by United States mail, postage prepaid on counsel of record as follows:

    Andrew B. Cooke, Esquire
    Elizabeth L. Taylor, Esquire
    FLAHERTY SENSABAUGH & BONASSO, PLLC
    200 Capitol Street
    Charleston, WV 25301

    Charles M. Love, IV, Esquire
    Marvin W. Masters, Esquire
    The Masters Law Firm
    181 Summers Street
    Charleston, WV 25301

{C1240340.1}

John H. Tinney, Esquire
John H. Tinney, Jr., Esquire
THE TINNEY LAW FIRM
P. O. Box 3752
Charleston, WV 25337-3752

Ian C. Ballon, Esquire
Wendy M. Mantell, Esquire
GREENBERG TRAURIG
Suite 400E
2450 Colorado Avenue
Santa Monica, CA 90404

James K. Tinney, Esquire
THE TINNEY LAW FIRM
P. O. Box 3752
Charleston, WV 25337-3752

/s/ David Allen Barnette
David Allen Barnette