# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## AT CHARLESTON

**ERIK CURRAN,**

    **Plaintiff,**

**v.**                               **CIVIL ACTION NO.: 2:07-0354**
                                      **(Judge John T. Copenhaver)**

**AMAZON.COM, INC., a**
**Delaware corporation;**
**GETTY IMAGES, INC.,**
**a Delaware corporation;**
**ST. MARTIN'S PRESS, LLC,**
**A New York corporation;**
**SIDESHOW INC., d/b/a SIDESHOW**
**COLLECTIBLES, a Delaware corporation;**
**HOT TOYS, LTD., a business entity**
**incorporated in Hong Kong; and**
**CAFE PRESS.COM, INC., a Delaware**
**corporation,**

    **Defendants.**

## CERTIFICATE OF SERVICE

I, Andrew B. Cooke, counsel for Getty Images, Inc, do hereby certify that on August 31, 2007, I presented this certificate of service to the Clerk of Court for filing and uploading to the CM/ECF system, indicating that the foregoing *Getty Images' Rule 26(a)(1) Initial Disclosures* was served today by electronic mail, as follows:

| | |
|---|---|
| David Allen Barnette | |
| W. Scott Evans | John H. Tinney, Esquire |
| Jackson Kelly PLLLC | The Tinney Law Firm, PLLC |
| P. O. Box 553 | 707 Virginia Street, East |
| Charleston, WV 25322 | P.O. Box 3752 |
| (304) 340-1327 | Charleston, WV 25337-3752 |
| dbarnette@jacksonkelly.com | johntinney@tinneylawfirm.com |
| | |
| Charles M. Love, IV, Esquire | Ian C. Ballon, Esquire |
| Marvin W. Masters, Esquire | Wendy M. Mantell, Esquire |
| 181 Summers Street | Greenberg Traurig LLP |
| Charleston, WV 25301 | 2450 Colorado Ave., Suite 400E |
| cml@themasterslawfirm.com | Santa Monica, CA 90404 |
| mwm@themasterslawfirm.com | [*confidential email address*] |

/s/Andrew B. Cooke_____
Andrew B. Cooke (WVSB #6564)
Elizabeth L. Taylor (WV State Bar #10270)
FLAHERTY, SENSABAUGH & BONASSO, P.L.L.C.
200 Capitol Street
P. O. Box 3843
Charleston, WV 25338-3843
(304) 345-0200 (Telephone)
(304) 345-0260 (Telecopier)
acooke@fsblaw.com (E-Mail)