UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

**ERIK CURRAN,**

    **Plaintiff,**

**v.**                                 **Civil Action No. 2:07-0354**

**AMAZON.COM, INC.,
GETTY IMAGES, INC.,
ST. MARTIN'S PRESS, LLC,
SIDESHOW, INC., a California
corporation, HOT TOYS, LTD.,
and CAFÉ PRESS.COM, INC.,**

    **Defendants.**

## O R D E R

**Pending is the motion of the plaintiff to amend, filed June 18, 2007. The motion is unopposed. In addition to requesting leave to amend, the motion further requests that the original defendant, Sideshow Inc., d/b/a Sideshow Collectibles, a Delaware corporation be dismissed from the action. For good cause shown, it is ORDERED as follows:**

    **1.    The motion to amend be, and it hereby is, granted;**

    **2.    The originally-named defendant, Sideshow, Inc., d/b/a Sideshow Collectibles, a Delaware corporation, be, and it hereby is, dismissed from this action; and**

Dockets.Justia.com

>    3.   Sideshow, Inc., a California corporation, be, and it hereby is, named as a party in the Delaware corporation's stead.

The Clerk is directed to forward copies of this order to all counsel of record.

>                    DATED: October 5, 2007
>
>                    _____
>                    John T. Copenhaver, Jr.
>                    United States District Judge