IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

AT CHARLESTON

**ERIK CURRAN,**

    **Plaintiff,**

v.                                                          **CIVIL ACTION NO.: 2:07-0354**
                                                                      **(Judge John T. Copenhaver)**

**AMAZON.COM, INC.,** a Delaware
corporation; **GETTY IMAGES, INC.,**
a Delaware corporation; **ST. MARTIN'S
PRESS, LLC, SIDESHOW INC.,** a
California corporation; **HOT TOYS LTD.,**
a business entity incorporated in Hong
Kong; AND **CAFÉ PRESS.COM, INC.,** a
Delaware corporation,

    **Defendants.**

## CERTIFICATE OF SERVICE

      I, David Allen Barnette, counsel for Amazon.com, Inc., do hereby certify that on November 14, 2007, I electronically filed the *Certificate of Service for St. Martin's Press, LLC's First Set of Interrogatories and Request for Production of Documents to Plaintiff* with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants shown below:

                Andrew B. Cooke, Esquire
                Elizabeth L. Taylor, Esquire
                FLAHERTY SENSABAUGH & BONASSO, PLLC
                200 Capitol Street
                Charleston, WV 25301

                Charles M. Love, IV, Esquire
                Marvin W. Masters, Esquire
                The Masters Law Firm
                181 Summers Street
                Charleston, WV 25301

John H. Tinney, Esquire
John H. Tinney, Jr., Esquire
THE TINNEY LAW FIRM
P. O. Box 3752
Charleston, WV 25337-3752

I hereby certify that I have mailed ***St. Martin's Press, LLC's First Set of Interrogatories and Request for Production of Documents to Plaintiff*** by First Class United States Mail to the following non-CM/ECF participants:

Ian C. Ballon, Esquire
Wendy M. Mantell, Esquire
GREENBERG TRAURIG
Suite 400E
2450 Colorado Avenue
Santa Monica, CA 90404

James K. Tinney, Esquire
THE TINNEY LAW FIRM
P. O. Box 3752
Charleston, WV 25337-3752

                          s/David Allen Barnette
                          DAVID ALLEN BARNETTE