# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

### AT CHARLESTON

ERIK CURRAN,

     **Plaintiff,**

v.
                                  **CIVIL ACTION NO.: 2:07-0354**
                                              **(Judge John T. Copenhaver)**

AMAZON.COM, INC., a Delaware
corporation; GETTY IMAGES, INC.,
a Delaware corporation; ST. MARTIN'S
PRESS, LLC, SIDESHOW INC., a
California corporation; HOT TOYS LTD.,
a business entity incorporated in Hong
Kong; AND CAFÉ PRESS.COM, INC., a
Delaware corporation,

     **Defendants.**

### CERTIFICATE OF SERVICE

     I, David Allen Barnette, counsel for Amazon.com, Inc., do hereby certify that on November 14, 2007, I electronically filed the *Certificate of Service for Amazon.com, Inc.'s First Set of Interrogatories and Request for Production of Documents to Plaintiff* with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants shown below:

> Andrew B. Cooke, Esquire
> Elizabeth L. Taylor, Esquire
> FLAHERTY SENSABAUGH & BONASSO, PLLC
> 200 Capitol Street
> Charleston, WV 25301
>
> Charles M. Love, IV, Esquire
> Marvin W. Masters, Esquire
> The Masters Law Firm
> 181 Summers Street
> Charleston, WV 25301

Dockets.Justia.com

John H. Tinney, Esquire
John H. Tinney, Jr., Esquire
THE TINNEY LAW FIRM
P. O. Box 3752
Charleston, WV 25337-3752

I hereby certify that I have mailed ***Amazon.com, Inc.'s First Set of Interrogatories and Request for Production of Documents to Plaintiff*** by First Class United States Mail to the following non-CM/ECF participants:

Ian C. Ballon, Esquire
Wendy M. Mantell, Esquire
GREENBERG TRAURIG
Suite 400E
2450 Colorado Avenue
Santa Monica, CA 90404

James K. Tinney, Esquire
THE TINNEY LAW FIRM
P. O. Box 3752
Charleston, WV 25337-3752

s/David Allen Barnette
DAVID ALLEN BARNETTE