IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

AT CHARLESTON

**ERIK CURRAN,**

 **Plaintiff,**

v. CIVIL ACTION NO.: 2:07-0354
 (Judge John T. Copenhaver)

**AMAZON.COM, INC.,** a Delaware
corporation; **GETTY IMAGES, INC.,**
a Delaware corporation; **ST. MARTIN'S
PRESS, LLC, SIDESHOW INC.,** a
California corporation; **HOT TOYS LTD.,**
a business entity incorporated in Hong
Kong; AND **CAFÉ PRESS.COM, INC.,** a
Delaware corporation,

 **Defendants.**

## CERTIFICATE OF SERVICE

 I, David Allen Barnette, counsel for Amazon.com, Inc., do hereby certify that on November 14, 2007, I electronically filed the *Certificate of Service for Amazon.com, Inc.'s and St. Martin's Press, LLC's First Request for Admissions to Plaintiff* with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants shown below:

 Andrew B. Cooke, Esquire
 Elizabeth L. Taylor, Esquire
 FLAHERTY SENSABAUGH & BONASSO, PLLC
 200 Capitol Street
 Charleston, WV 25301

 Charles M. Love, IV, Esquire
 Marvin W. Masters, Esquire
 The Masters Law Firm
 181 Summers Street
 Charleston, WV 25301

John H. Tinney, Esquire
John H. Tinney, Jr., Esquire
THE TINNEY LAW FIRM
P. O. Box 3752
Charleston, WV 25337-3752

I hereby certify that I have mailed ***Amazon.com, Inc.'s and St. Martin's Press, LLC's First Request for Admissions to Plaintiff*** by First Class United States Mail to the following non-CM/ECF participants:

Ian C. Ballon, Esquire
Wendy M. Mantell, Esquire
GREENBERG TRAURIG
Suite 400E
2450 Colorado Avenue
Santa Monica, CA 90404

James K. Tinney, Esquire
THE TINNEY LAW FIRM
P. O. Box 3752
Charleston, WV 25337-3752

                                        s/David Allen Barnette
                                        DAVID ALLEN BARNETTE