IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

ERIC CURRAN,

      **Plaintiff**

v.

AMAZON.COM, INC., a Delaware      CIVIL ACTION NO. 2:07-0354
corporation; GETTY IMAGES, INC., a
Delaware corporation; ST. MARTIN'S
PRESS, LLC, SIDESHOW INC., d/b/a
SIDESHOW COLLECTIBLES, a
Delaware corporation; HOT TOYS,
LTD., a business entity incorporated in
Hong Kong; and CAFEPRESS.COM,
INC., a Delaware corporation,

      **Defendants.**

MOTION TO EXTEND DISCOVERY DEADLINE

COMES NOW Defendant Cafepress.com, Inc. ("CafePress"), by and through its undersigned counsel, The Tinney Law Firm, PLLC, and moves this Court for an Order extending the discovery deadline in this case from February 1, 2008, to February 22, 2008. In support of its Motion, Defendant CafePress states as follows:

1. Plaintiff Eric Curran served CaféPress with his Complaint in this matter on or about May 1, 2007.

2. On June 8, 2007, CafePress filed its Motion to Dismiss.

3. CafePress's Motion to Dismiss is currently pending and is ripe for resolution.

4. Currently, the Scheduling Order in this case has set a deadline for discovery for February 1, 2008.

5. In order to conserve both judicial resources and the resources of the parties, Defendant CafePress seeks an extension of the discovery deadline in order to allow this Court to rule on the pending Motion to Dismiss.

WHEREFORE, Defendant CafePress.com, Inc., respectfully requests that this Court enter an Order extending the discovery deadline to February 22, 2008.

Dated: November 21, 2007

Respectfully Submitted,

CAFEPRESS.COM, INC.

By: THE TINNEY LAW FIRM, PLLC

/s/ John H. Tinney, Jr.
John H. Tinney (WV Bar # 3766)
John H. Tinney, Jr. (WV Bar #6970)
707 Virginia Street, East
Chase Tower, 14th Floor
Charleston, WV, 25301
Tel: (304) 720-3310
Fax: (304) 720-3315

-and-

GREENBERG TRAURIG LLP
Ian C. Ballon
Wendy M. Mantell
2450 Colorado Avenue, Suite 400E
Santa Monica, CA 90404
Tel: (310) 586-7700
Fax: (310) 586-7800

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

ERIK CURRAN,

    **Plaintiff,**

v.                                       CIVIL ACTION NO.: 2:07-0354

AMAZON.COM, INC., a
Delaware corporation; GETTY
IMAGES, INC., a Delaware
corporation; ST. MARTIN'S
PRESS, LLC, SIDESHOW INC.,
d/b/a SIDESHOW COLLECTIBLES,
a Delaware corporation; HOT TOYS
LTD., a business entity incorporated
in Hong Kong; AND CAFEPRESS.COM,
INC., a Delaware corporation,

    **Defendants.**

## CERTIFICATE OF SERVICE

I, John H. Tinney, Jr., hereby certify that on the 21st day of November, 2007, the foregoing **"Motion to Extend Discovery Deadline"** was electronically filed with the Clerk of the Court and served electronically upon:

    Marvin W. Masters, Esquire
    Charles M. Love, IV, Esquire
    The Masters Law Firm
    181 Summers Street
    Charleston, WV 25301
        *Counsel for Plaintiff*

    David A. Barnette, Esquire
    W. Scott Evans, Esquire
    Jackson Kelly PLLC
    P. O. Box 553
    Charleston, WV 25322
        *Counsel for Amazon.Com, Inc. and*
        *St. Martin's Press, LLC*

Andrew B. Cooke, Esquire
Elizabeth L. Taylor, Esquire
Flaherty Sensabaugh & Bonasso
P. O. Box 3843
Charleston, WV 25338-3843

Stephen M. Rummage, Esquire
Davis Wright Tremaine LLP
1201 Third Avenue, Suite 2200
Seattle, WA 98101
   *Counsel for Getty Images, Inc.*

                                            /s/ John H. Tinney, Jr.
                                         John H. Tinney, Jr. (WV State Bar #6970)