IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
at Charleston

ERIC CURRAN,

        **Plaintiff**

v.

AMAZON.COM, INC., a Delaware
corporation; GETTY IMAGES, INC., a
Delaware corporation; ST. MARTIN'S
PRESS, LLC, SIDESHOW INC., d/b/a
SIDESHOW COLLECTIBLES, a
Delaware corporation; HOT TOYS,
LTD., a business entity incorporated in
Hong Kong; and CAFEPRESS.COM,
INC., a Delaware corporation,

CIVIL ACTION NO. 2:07-0354
(John T. Copenhaver, Jr.)

        **Defendants.**

## JOINT STIPULATION

Now comes Plaintiff, Erik Curran, and Defendants Amazon.com, Inc., Getty Images, Inc., St. Martin's Press, LLC, and CafePress.com, Inc., by and through their respective counsel, and jointly represent as follows:

    1. Currently, these defendants have Rule 12(b)(6) motions pending before the Court that are ripe for resolution. Recognizing that the resolution of these motions may eliminate the necessity of engaging in discovery, these defendants have sought an extension of the discovery deadlines in order to allow the Court additional time to consider the motions.

    2. Plaintiffs have also sought a brief extension of the deadlines for expert witness disclosures under Federal Rule of Civil Procedure 26(a)(2)(A) and (B).

3. The parties hereby agree and stipulate:

   a. Plaintiff's Rule 26(a)(2)(A) and (B) shall be extended for a period of thirty (30) days and are due on December 31, 2007. Defendants' disclosures are due February 14, 2008.

   b. The deadline to propound all discovery requests shall be extended for a period of thirty (30) days to March 3, 2008.

   c. The deadline to complete depositions shall be extended for a period of thirty (30) days to April 16, 2008.

**SUBMITTED BY:**

/s/ John H. Tinney, Jr.
John H. Tinney (WV Bar # 3766)
John H. Tinney, Jr. (WV Bar #6970)
The Tinney Law Firm, PLLC
707 Virginia Street, East
Chase Tower, 14th Floor
Charleston, WV, 25301
(304) 720-3310

and

Ian C. Ballon
Wendy M. Mantell
Greenberg Traurig LLP
2450 Colorado Avenue, Suite 400E
Santa Monica, CA 90404
(310) 586-7700
*Counsel for CafePress.com, Inc.*

/s/ Marvin W. Masters (w/permission)
Marvin W. Masters, Esquire
Charles M. Love, IV, Esquire
The Masters Law Firm
181 Summers Street
Charleston, WV 25301
*Counsel for Plaintiff*

/s/ David A. Barnette (w/permission)
David A. Barnette, Esquire
W. Scott Evans, Esquire
Jackson Kelly PLLC
P. O. Box 553
Charleston, WV 25322
*Counsel for Amazon.Com, Inc. and*
*St. Martin's Press, LLC*


/s/ Andrew B. Cooke (w/permission)
Andrew B. Cooke, Esquire
Elizabeth L. Taylor, Esquire
Flaherty Sensabaugh & Bonasso
P. O. Box 3843
Charleston, WV 25338-3843

and


Stephen M. Rummage, Esquire
Davis Wright Tremaine LLP
1201 Third Avenue, Suite 2200
Seattle, WA 98101
*Counsel for Getty Images, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

ERIK CURRAN,

    **Plaintiff,**

v.                                      CIVIL ACTION NO.: 2:07-0354

AMAZON.COM, INC., a
Delaware corporation; GETTY
IMAGES, INC., a Delaware
corporation; ST. MARTIN'S
PRESS, LLC, SIDESHOW INC.,
d/b/a SIDESHOW COLLECTIBLES,
a Delaware corporation; HOT TOYS
LTD., a business entity incorporated
in Hong Kong; AND CAFEPRESS.COM,
INC., a Delaware corporation,

    **Defendants.**

## CERTIFICATE OF SERVICE

I, John H. Tinney, Jr., hereby certify that on the 14th day of December, 2007, the foregoing **"Joint Stipulation"** was electronically filed with the Clerk of the Court and served electronically upon:

    Marvin W. Masters, Esquire
    Charles M. Love, IV, Esquire
    The Masters Law Firm
    181 Summers Street
    Charleston, WV 25301
        *Counsel for Plaintiff*

    David A. Barnette, Esquire
    W. Scott Evans, Esquire
    Jackson Kelly PLLC
    P. O. Box 553
    Charleston, WV 25322
        *Counsel for Amazon.Com, Inc. and*
        *St. Martin's Press, LLC*

Andrew B. Cooke, Esquire
Elizabeth L. Taylor, Esquire
Flaherty Sensabaugh & Bonasso
P. O. Box 3843
Charleston, WV 25338-3843

Stephen M. Rummage, Esquire
Davis Wright Tremaine LLP
1201 Third Avenue, Suite 2200
Seattle, WA 98101
   *Counsel for Getty Images, Inc.*

/s/ John H. Tinney, Jr.
John H. Tinney, Jr. (WV State Bar #6970)