IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

ERIK CURRAN,

        Plaintiff,

v.

AMAZON.COM, INC.,
a Delaware corporation;
GETTY IMAGES, INC.,
a Delaware corporation;
ST. MARTIN'S PRESS, LLC,
a New York corporation;
SIDESHOW INC., d/b/a SIDESHOW
COLLECTIBLES, a Delaware corporation
HOT TOYS, LTD., a business entity
incorporated in Hong Kong; and
CAFÉ PRESS.COM, INC. a Delaware
corporation,

        Defendants.

Civil Action No. 2:07-cv-354
(Honorable John T. Copenhaver)

<u>CERTIFICATE OF SERVICE</u>

I, Charles M. Love, IV, do hereby certify that true and exact copies of "Plaintiff's Objections, Answers And Responses To Defendant Amazon.Com, Inc.'s First Set Of Interrogatories And Request For Production Of Documents," "Plaintiff's Objections, Answers And Responses To Defendant St. Martin's Press, LLC's First Set Of Interrogatories And Request For Production Of Documents" and "Plaintiff's Objections And Responses To Defendants Amazon.Com, Inc.'s And St. Martin's Press, LLC's First Request For Admissions" were served upon:

John H. Tinney, Esquire
John H. Tinney, Jr., Esquire
The Tinney Law Firm, PLLC
Bank One Center, 14th Floor
7097 Virginia Street, East
Charleston, West Virginia 25301
Counsel for CafePress.com

David A. Barnette, Esquire
W. Scott Evans, Esquire
Jackson & Kelly
1600 Laidley Tower
Post Office Box 553
Charleston, West Virginia 25322
Counsel for Amazon.com, Inc. and St. Martin's Press

Andrew B. Cooke, Esquire
Elizabeth L. Taylor, Esquire
Flaherty Sensabaugh & Bonasson
Post Office Box 3843
Charleston, West Virginia 25338-3843
Counsel for Getty Images, Inc.

via electronic filing and in envelopes properly addressed, stamped and deposited in the

regular course of the United States Mail this 14th day of December, 2007; and upon:

Ian C. Ballon, Esquire
Wendy M. Mantell, Esquire
GREENBERG TRAURIG
Suite 400E
2450 Colorado Avenue
Santa Monica, California 90404
Counsel for CafePress.com

Stephen M. Rummage, Esquire
Davis Wright Tremaine
Suite 2200
1201 Third Avenue
Seattle, Washington 98101-3405
Counsel for Getty Images, Inc.

in envelopes properly addressed, stamped and deposited in the regular course of the United States Mail this 14th day of December, 2007.

**s/ Charles M. Love, IV**
Charles M. Love, IV, Esquire
West Virginia State Bar No. 7477

F:\5\725\X003.doc