IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
at Charleston

ERIC CURRAN,

      Plaintiff

v.

AMAZON.COM, INC., a Delaware
corporation; GETTY IMAGES, INC., a
Delaware corporation; ST. MARTIN'S
PRESS, LLC, SIDESHOW INC., d/b/a
SIDESHOW COLLECTIBLES, a
Delaware corporation; HOT TOYS,
LTD., a business entity incorporated in
Hong Kong; and CAFEPRESS.COM,
INC., a Delaware corporation,

      Defendants.

CIVIL ACTION NO. 2:07-0354
(John T. Copenhaver, Jr.)

## O R D E R

The Court, having considered the Joint Stipulation filed by the parties on December 14, 2007, hereby Orders that:

1. Plaintiff's Rule 26(a)(2)(A) and (B) shall be extended for a period of thirty (30) days and are due on December 31, 2007. Defendants' disclosures are due February 14, 2008.

2. The deadline to propound all discovery requests shall be extended for a period of thirty (30) days to March 3, 2008.

3. The deadline to complete depositions shall be extended for a period of thirty (30) days to April 16, 2008.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record.

ENTERED the _____ day of December, 2007.

_____
JOHN T. COPENHAVER, JR.
United States District Judge

Submitted by:

/s/ John H. Tinney, Jr.
John H. Tinney, Jr. (WV State Bar #6970)
The Tinney Law Firm, PLLC
707 Virginia Street, East, Suite 1400
P. O. Box 3752
Charleston, WV 25337-3752
(304) 720-3310
   *Counsel for CafePress.com*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

**ERIK CURRAN,**

    **Plaintiff,**

v.                                            CIVIL ACTION NO.: 2:07-0354

**AMAZON.COM, INC.,** a
Delaware corporation; **GETTY
IMAGES, INC.,** a Delaware
corporation; **ST. MARTIN'S
PRESS, LLC, SIDESHOW INC.,**
d/b/a **SIDESHOW COLLECTIBLES,**
a Delaware corporation; **HOT TOYS
LTD.,** a business entity incorporated
in Hong Kong; AND **CAFEPRESS.COM,
INC.,** a Delaware corporation,

    **Defendants.**

## CERTIFICATE OF SERVICE

I, John H. Tinney, Jr., hereby certify that on the 21st day of December, 2007, the foregoing proposed **"Order"** was electronically filed with the Clerk of the Court and served electronically upon:

    Marvin W. Masters, Esquire
    Charles M. Love, IV, Esquire
    The Masters Law Firm
    181 Summers Street
    Charleston, WV 25301
        *Counsel for Plaintiff*

    David A. Barnette, Esquire
    W. Scott Evans, Esquire
    Jackson Kelly PLLC
    P. O. Box 553
    Charleston, WV 25322
        *Counsel for Amazon.Com, Inc. and
        St. Martin's Press, LLC*

Andrew B. Cooke, Esquire
Elizabeth L. Taylor, Esquire
Flaherty Sensabaugh & Bonasso
P. O. Box 3843
Charleston, WV 25338-3843

Stephen M. Rummage, Esquire
Davis Wright Tremaine LLP
1201 Third Avenue, Suite 2200
Seattle, WA 98101
   *Counsel for Getty Images, Inc.*

          /s/ John H. Tinney, Jr.
          John H. Tinney, Jr. (WV State Bar #6970)