```
              UNITED STATES DISTRICT COURT
           SOUTHERN DISTRICT OF WEST VIRGINIA
                      AT CHARLESTON
```

**ERIK CURRAN,**

        **Plaintiff,**

**v.**　　　　　　　　　　　　　　　**Civil Action No. 2:07-0354**

**AMAZON.COM, INC.,**
**GETTY IMAGES, INC.,**
**ST. MARTIN'S PRESS, LLC,**
**SIDESHOW, INC., a California**
**corporation, HOT TOYS, LTD.,**
**and CAFÉPRESS.COM, INC.,**

        **Defendants.**

## O R D E R

Having considered the joint stipulation filed by the parties on December 14, 2007, and the proposed order filed by CaféPress.com, Inc. on December 28, 2007, it is ORDERED that the previous deadlines be, and they hereby are, superseded by the following deadlines:

        1.  Defendants' Rule 26(a)(2)(A) and (B) disclosures are due on or before February 14, 2008;

        2.  All discovery requests shall be propounded on or before March 3, 2008;

        3.  All depositions shall be taken on or before April

16, 2008; and

    4.    All dispositive motions, except those under Rule 12(b), together with depositions, admissions, documents affidavits, or other such matter in support thereof, shall be filed and served by April 21, 2008, with responses due by May 5, 2008, and replies due by May 12, 2008.

    The Clerk is requested to transmit this written order to all counsel of record.

    DATED: January 3, 2008

    _____
    John T. Copenhaver, Jr.
    United States District Judge