# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

# CHARLESTON DIVISION

| | |
|---|---|
| ERIK CURRAN,<br><br>                Plaintiff,<br><br>-v-<br><br>AMAZON.COM, INC., a Delaware corporation; GETTY IMAGES, INC., a Delaware corporation; ST MARTIN'S PRESS, LLC, a New York corporation; SIDESHOW, INC., d/b/a SIDESHOW COLLECTIBLES, a Delaware corporation; HOT TOYS, LTD., a business entity incorporated in Hong Kong; and CAFÉ PRESS.COM, INC, a Delaware corporation,<br><br>                Defendants. | Civil Action No. 2:07-cv-354<br>(Honorable John T. Copenhaver)<br><br>**MOTION TO DISMISS OF DEFENDANT HOT TOYS, LTD.** |

Hot Toys, Ltd. ("Hot Toys"), hereby moves, pursuant to Fed. R. Civ. P. 12(b)(6), to dismiss all claims asserted against it by plaintiff, Erik Curran ("Plaintiff"), because the allegations in the Complaint fail to state a claim upon which relief can be granted. The reasons for this Motion to Dismiss are more fully discussed in the accompanying Memorandum of Law in Support of Defendant Hot Toys, Ltd.'s Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6).

WHEREFORE, Hot Toys respectfully requests that this Court enter an order dismissing all claims against it alleged in the Complaint, with prejudice, and awarding Hot Toys its attorney's fees incurred in defending this action.

| | |
|---|---|
| Dated: January 22, 2008 | DINSMORE & SHOHL LLP |
| | By:    /s/ Mychal Sommer Schulz |
| |      Mychal Sommer Schulz (WBSB# 6092) |
| |      Ashley Pack (WVSB# 10477) |
| |      900 Lee Street |
| |      Huntington Square, Suite 600 |
| |      Charleston, WV 25301 |

Of Counsel,

DORSEY & WHITNEY LLP

Marc S. Reiner
Hannah Resnick
250 Park Avenue
New York, NY 10177
(212) 415-9200

Attorneys for Defendant
Hot Toys, Ltd.

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION**

**ERIK CURRAN,**

    **Plaintiff,**

v.                                       **CIVIL ACTION NO. 2:07-cv-00354**

**AMAZON.COM, INC., GETTY IMAGES, INC., ST. MARTIN'S PRESS, LLC, SIDESHOW, INC., HOT TOYS, LTD., CAFÉ PRESS.COM, INC.,**

    **Defendants.**

## CERTIFICATE OF SERVICE

I, Mychal S. Schulz, do hereby certify that a true and correct copy of the foregoing **Motion to Dismiss of Defendant Hot Toys, Ltd.** has been filed electronically via CM/ECF and notification will be provided to the following:

Charles M. Love, IV, Esquire
THE MASTERS LAW FIRM
181 Summers Street
Charleston, WV 25301
*Counsel for Plaintiff*

David A. Barnette, Esquire
W. Scott Evans, Esquire
JACKSON KELLY PLLC
P.O. Box 553
Charleston, WV 25322-0553
*Counsel for Defendant, Amazon.com, Inc.*

Andrew B. Cooke, Esquire
Elizabeth L. Taylor, Esquire
FLAHERTY SENSABAUGH & BONASSO
P.O. Box 3843
Charleston, WV 25338-3848
*Counsel for Getty Images, Inc.*

Stephen M. Rummage, Esquire
DAVIS WRIGHT TREMAINE
Suite 2200
1201 Third Avenue
Seattle, WA 98101-3405
*Counsel for Getty Images, Inc.*

David A. Barnette, Esquire
W. Scott Evans, Esquire
JACKSON KELLY PLLC
P.O. Box 553
Charleston, WV 25322-0553
*Counsel for St. Martin's Press, LLC*

John H. Tinney, Esquire
John H. Tinney, Jr. Esquire
James K. Tinney, Esquire
THE TINNEY LAW FIRM
P.O. Box 3752
Charleston, WV 25337-3752
*Counsel for Defendant Café Press.Com, Inc.*

Ian C. Ballon, Esquire
Wendy M. Mantell, Esquire
GREENBERG TRAURIG
Suite 400E
2450 Colorado Avenue
Santa Monica, CA 90404
*Counsel for Café Press.Com, Inc.*

This the 22nd day of January, 2008.

/s/ Mychal Sommer Schulz