**Fully Poseable 12" Action Figure with Highly Detail Uniform and Equipments**

# Naval Special Warfare Development Group
# "DEVGRU" ver 2.0

C2A 2.0



⚠ **WARNING!**
**CHOKING HAZARD**
Small parts.
Not for children under 3 years.

**PRODUCED AND MANUFACTURED** Hot Toys

**Fully Poseable 12" Action Figure with Highly Detail Uniform and Equipments**

 Military Eyewear
 SF Dual Channel Headset with boom mic
 Shemagh
 Tattoo
 Communication

 Safari Travelers Vest Front
 Desert Flight Gloves
 Seal Hiking Boots
 Pistol Retention Lanyard
 SOE Force Sub Load

 AKS-74U
 Military Digital Camera
 AN/PRC-137 HF RADIO

## Naval Special Warfare Development Group
## "DEVGRU" ver 2.0



  

Naval Special Warfare Development Group "DEVGUR"

**PRODUCTION TEAM**
Creative Producer > HOWARD CHAN
Producer > Ranger AU
Head Sculpter > Ah Dee
Uniform Supervisor > Ranger AU
Clothes Production > GARY WONG
Accessories Supervisor > T S WONG
Package Production > FELIX MAK
　　　　　　　　　　　MONSTER Jr.

**TOY HUNTERS**
Shops 216 - 218, CTMA Centre, 1N
Sai Yeung Choi Street S., Mongkok, H. K.
Tel. (852)2388 4677   Fax. (852)2388 4677
http://www.hottoys.com.hk
©2004 HOT TOYS LTD.  All rights reserved.  Made in China.



4 897011 170084

         

| F-14 Tomcat Pilot | F-18 Hornet Pilot | F-16 Falcon Pilot | F-22 Raptor Pilot | Desert Fox Erwin Rommel | German Wehrmacht Officer | SWAT | HALO Green Berets | HALO Seal UDT | Navy Seal UDT | NBC Type B | SAS HALO Desert Operation | SAS HALO Jungle Operation | CVC Desert BDU | CVC Cover All |

      

FIRE FIGHTER Firefighter | SDU Assaulter with Tactical Suit | SDU Breacher with Tactical Suit | "DEVGRU" | Airborne Rangers 2nd Battalion 75th Regiment | NAVSPECWARGRU NAVY SEAL | U.S. NAVY SEAL Night Ops Jumper | S.W.A.T. ver2.0 | Pararescue Jumper | 160th SOAR Crewmember | U.S. Army Rangers



