# MICHAEL SMITH

# KILLER ELITE



THE INSIDE STORY
OF AMERICA'S MOST
SECRET SPECIAL
OPERATIONS TEAM

