**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION**

| | |
|---|---|
| ERIK CURRAN,<br><br>               Plaintiff,<br><br>-v-<br><br>AMAZON.COM, INC., a Delaware corporation; GETTY IMAGES, INC., a Delaware corporation; ST MARTIN'S PRESS, LLC, a New York corporation; SIDESHOW, INC., d/b/a SIDESHOW COLLECTIBLES, a Delaware corporation; HOT TOYS, LTD., a business entity incorporated in Hong Kong; and CAFÉ PRESS.COM, INC, a Delaware corporation,<br><br>               Defendants. | Civil Action No. 2:07-cv-354<br>(Honorable John T. Copenhaver)<br><br>**DEFENDANT'S STATEMENT PURSUANT TO FED. R. CIV. P. 7.1** |

      The undersigned attorneys for defendant Hot Toys, Ltd. ("Hot Toys") make the following disclosure to the Court pursuant to Fed. R. Civ. P. 7.1:

      Hot Toys has no parent, subsidiary, or affiliate that is publicly held and there is no publicly held corporation that owns 10% or more of Hot Toys' stock.

      Respectfully submitted,

Dated: January 22, 2008                    DINSMORE & SHOHL LLP

                                           By: _/s/ Mychal S. Schulz_____
                                               Mychal Sommer Schulz
                                               900 Lee Street
                                               Huntington Square, Suite 600
                                               Charleston, WV 25301

                                               Attorneys for Defendant
                                               Hot Toys, Ltd.

                                           Of Counsel,

                                           DORSEY & WHITNEY LLP

                                           Marc S. Reiner
                                           Hannah Resnick
                                           250 Park Avenue
                                           New York, NY 10177
                                           (212) 415-9200

                                           Attorneys for Defendant
                                           Hot Toys, Ltd.

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION**

**ERIK CURRAN,**

    **Plaintiff,**

v.                                      **CIVIL ACTION NO. 2:07-cv-00354**

**AMAZON.COM, INC., GETTY IMAGES, INC., ST. MARTIN'S PRESS, LLC, SIDESHOW, INC., HOT TOYS, LTD., CAFÉ PRESS.COM, INC.,**

    **Defendants.**

# CERTIFICATE OF SERVICE

I, Mychal S. Schulz, do hereby certify that a true and correct copy of the foregoing **DEFENDANT'S STATEMENT PURSUANT TO FED. R. CIV. P. 7.1** has been filed electronically via CM/ECF and notification will be provided to the following:

Charles M. Love, IV, Esquire
THE MASTERS LAW FIRM
181 Summers Street
Charleston, WV 25301
*Counsel for Plaintiff*

David A. Barnette, Esquire
W. Scott Evans, Esquire
JACKSON KELLY PLLC
P.O. Box 553
Charleston, WV 25322-0553
*Counsel for Defendant, Amazon.com, Inc.*

Andrew B. Cooke, Esquire
Elizabeth L. Taylor, Esquire
FLAHERTY SENSABAUGH & BONASSO
P.O. Box 3843
Charleston, WV 25338-3848
*Counsel for Getty Images, Inc.*

Stephen M. Rummage, Esquire
DAVIS WRIGHT TREMAINE
Suite 2200
1201 Third Avenue
Seattle, WA 98101-3405
*Counsel for Getty Images, Inc.*

David A. Barnette, Esquire
W. Scott Evans, Esquire
JACKSON KELLY PLLC
P.O. Box 553
Charleston, WV 25322-0553
*Counsel for St. Martin's Press, LLC*

John H. Tinney, Esquire
John H. Tinney, Jr. Esquire
James K. Tinney, Esquire
THE TINNEY LAW FIRM
P.O. Box 3752
Charleston, WV 25337-3752
*Counsel for Defendant Café Press.Com, Inc.*

Ian C. Ballon, Esquire
Wendy M. Mantell, Esquire
GREENBERG TRAURIG
Suite 400E
2450 Colorado Avenue
Santa Monica, CA 90404
*Counsel for Café Press.Com, Inc.*

This the 22nd day of January, 2008.

104365_1

/s/ Mychal Sommer Schulz