## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
## CHARLESTON DIVISION

**ERIK CURRAN,**

      **Plaintiff,**

v.                                             **CIVIL ACTION NO. 2:07-cv-00354**

**AMAZON.COM, INC., GETTY IMAGES, INC., ST. MARTIN'S PRESS, LLC, SIDESHOW, INC., HOT TOYS, LTD., CAFÉ PRESS.COM, INC.,**

      **Defendants.**

## STATEMENT OF VISITING ATTORNEY AND
## DESIGNATION OF LOCAL COUNSEL

Hannah Resnick
Dorsey & Whitney LLP                          Hannah Resnick
Name of Visiting Attorney and firm name        Bar ID number

Hot Toys, Ltd.
Name of Party Represented

New York Bar Association
Name of the Bar(s) of which the Visiting Attorney is a Member in good standing

250 Park Avenue, New York, NY 10177-1500
Visiting Attorney's Office Address

(212) 415-9200                               (212) 953-7201
resnick.hannah@dorsey.com
Visiting Attorney's Office Telephone Number      Office fax number     Email Address


Mychal S. Schulz, Dinsmore & Shohl LLP         6092
Name of Sponsoring Attorney and firm name       WV Bar ID Number

P.O. Box 11887
900 Lee Street, Suite 600
Charleston, West Virginia 25301

Sponsoring Attorney's office address

(304) 357-0900
Sponsoring Attorney's office telephone number

(304) 357-0919
Office fax number

mychal.schulz@dinslaw.com
Sponsoring Attorney's office email address

## VISITING ATTORNEY'S CERTIFICATION

I hereby certify that I am a member in good standing of the Bar(s) listed in the Statement of Visiting Attorney. I further certify that I have paid the West Virginia State Bar its prescribed *pro hac vice* for this case, and complied with the West Virginia State Bar's requirements for attorneys admitted *pro hac vice*.

Date: 01/22/08                             /s/ Hannah Resnick
                                           Signature of Visiting Attorney


## SPONSORING ATTORNEY'S CERTIFICATION

I hereby certify that I am admitted to practice before the Supreme Court of Appeals of West Virginia, I am a member in good standing of the West Virginia State Bar, and I am a member of the bar of this Court. I further certify that I have an office for the practice of law in West Virginia, and I practice primarily law primarily in West Virginia. I agree that pleadings, notices, and other papers may be served on me in this case. I consent to being the Sponsoring Attorney for the above-named Visiting Attorney and I shall hereafter sign all papers that require the signature of an attorney.

Date: 01/22/08                             /s/ Mychal S. Schulz
                                           Signature of Sponsoring Attorney

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION**

**ERIK CURRAN,**

    **Plaintiff,**

v.                                          **CIVIL ACTION NO. 2:07-cv-00354**

**AMAZON.COM, INC., GETTY
IMAGES, INC., ST. MARTIN'S
PRESS, LLC, SIDESHOW, INC.,
HOT TOYS, LTD., CAFÉ
PRESS.COM, INC.,**

    **Defendants.**

## CERTIFICATE OF SERVICE

I, Mychal S. Schulz, do hereby certify that a true and correct copy of the foregoing **Statement of Visiting Attorney and Designation of Local Counsel** has been filed electronically via CM/ECF and notification will be provided to the following:

Charles M. Love, IV, Esquire
THE MASTERS LAW FIRM
181 Summers Street
Charleston, WV 25301
*Counsel for Plaintiff*

David A. Barnette, Esquire
W. Scott Evans, Esquire
JACKSON KELLY PLLC
P.O. Box 553
Charleston, WV 25322-0553
*Counsel for Defendant, Amazon.com, Inc.*

Andrew B. Cooke, Esquire
Elizabeth L. Taylor, Esquire
FLAHERTY SENSABAUGH & BONASSO
P.O. Box 3843
Charleston, WV 25338-3848
*Counsel for Getty Images, Inc.*

Stephen M. Rummage, Esquire
DAVIS WRIGHT TREMAINE
Suite 2200
1201 Third Avenue
Seattle, WA 98101-3405
*Counsel for Getty Images, Inc.*

David A. Barnette, Esquire
W. Scott Evans, Esquire
JACKSON KELLY PLLC
P.O. Box 553
Charleston, WV 25322-0553
*Counsel for St. Martin's Press, LLC*

John H. Tinney, Esquire
John H. Tinney, Jr. Esquire
James K. Tinney, Esquire
THE TINNEY LAW FIRM
P.O. Box 3752
Charleston, WV 25337-3752
*Counsel for Defendant Café Press.Com, Inc.*

Ian C. Ballon, Esquire
Wendy M. Mantell, Esquire
GREENBERG TRAURIG
Suite 400E
2450 Colorado Avenue
Santa Monica, CA 90404
*Counsel for Café Press.Com, Inc.*

This the 22nd day of January, 2008.

/s/ Mychal Sommer Schulz