**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION**

**ERIK CURRAN,**

    **Plaintiff,**

v.                                                                    CIVIL ACTION NO. 2:07-cv-00354

**AMAZON.COM, INC., GETTY
IMAGES, INC., ST. MARTIN'S
PRESS, LLC, SIDESHOW, INC.,
HOT TOYS, LTD., CAFÉ
PRESS.COM, INC.,**

    **Defendants.**

## STATEMENT OF VISITING ATTORNEY AND
## DESIGNATION OF LOCAL COUNSEL

Marc S. Reiner
Dorsey & Whitney LLP                                         MR-6669
Name of Visiting Attorney and firm name           Bar ID number

Hot Toys, Ltd.
Name of Party Represented

the New York State Bar; the United States Courts of Appeals for the Second Circuit; the United States Courts of Appeals for the Third Circuit, the United States Courts of Appeals for the Ninth Circuit; the United States District Court for the Southern District of New York; the United States District Court for the Eastern District of New York

Name of the Bar(s) of which the Visiting Attorney is a Member in good standing

250 Park Avenue, New York, NY 10177-1500
Visiting Attorney's Office Address

(212) 415-9200                                                        (212) 953-7201
reiner.marc@dorsey.com
Visiting Attorney's Office Telephone Number       Office fax number     Email Address

Mychal S. Schulz, Dinsmore & Shohl LLP  6092
Name of Sponsoring Attorney and firm name  WV Bar ID Number

P.O. Box 11887
900 Lee Street, Suite 600
Charleston, WV 25301
Sponsoring Attorney's office address

(304) 357-0900  (304) 357-0919
Sponsoring Attorney's office telephone number  Office fax number

mychal.schulz@dinslaw.com
Sponsoring Attorney's office email address

## VISITING ATTORNEY'S CERTIFICATION

I hereby certify that I am a member in good standing of the Bar(s) listed in the Statement of Visiting Attorney. I further certify that I have paid the West Virginia State Bar its prescribed *pro hac vice* for this case, and complied with the West Virginia State Bar's requirements for attorneys admitted *pro hac vice*.

Date:  01/22/08   /s/ Marc S. Reiner
  Signature of Visiting Attorney

## SPONSORING ATTORNEY'S CERTIFICATION

I hereby certify that I am admitted to practice before the Supreme Court of Appeals of West Virginia, I am a member in good standing of the West Virginia State Bar, and I am a member of the bar of this Court. I further certify that I have an office for the practice of law in West Virginia, and I practice primarily law primarily in West Virginia. I agree that pleadings, notices, and other papers may be served on me in this case. I consent to being the Sponsoring Attorney for the above-named Visiting Attorney and I shall hereafter sign all papers that require the signature of an attorney.

Date:  01/22/08   /s/ Mychal S. Schulz
  Signature of Sponsoring Attorney

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION**

**ERIK CURRAN,**

    **Plaintiff,**

v.                                  **CIVIL ACTION NO. 2:07-cv-00354**

**AMAZON.COM, INC., GETTY
IMAGES, INC., ST. MARTIN'S
PRESS, LLC, SIDESHOW, INC.,
HOT TOYS, LTD., CAFÉ
PRESS.COM, INC.,**

    **Defendants.**

## **CERTIFICATE OF SERVICE**

    I, Mychal S. Schulz, do hereby certify that a true and correct copy of the foregoing **Statement of Visiting Attorney and Designation of Local Counsel** has been filed electronically via CM/ECF and notification will be provided to the following:

Charles M. Love, IV, Esquire
THE MASTERS LAW FIRM
181 Summers Street
Charleston, WV 25301
*Counsel for Plaintiff*


David A. Barnette, Esquire
W. Scott Evans, Esquire
JACKSON KELLY PLLC
P.O. Box 553
Charleston, WV 25322-0553
*Counsel for Defendant, Amazon.com, Inc.*

Andrew B. Cooke, Esquire
Elizabeth L. Taylor, Esquire
FLAHERTY SENSABAUGH & BONASSO
P.O. Box 3843
Charleston, WV 25338-3848
*Counsel for Getty Images, Inc.*

Stephen M. Rummage, Esquire
DAVIS WRIGHT TREMAINE
Suite 2200
1201 Third Avenue
Seattle, WA 98101-3405
*Counsel for Getty Images, Inc.*

David A. Barnette, Esquire
W. Scott Evans, Esquire
JACKSON KELLY PLLC
P.O. Box 553
Charleston, WV 25322-0553
*Counsel for St. Martin's Press, LLC*

John H. Tinney, Esquire
John H. Tinney, Jr. Esquire
James K. Tinney, Esquire
THE TINNEY LAW FIRM
P.O. Box 3752
Charleston, WV 25337-3752
*Counsel for Defendant Café Press.Com, Inc.*

Ian C. Ballon, Esquire
Wendy M. Mantell, Esquire
GREENBERG TRAURIG
Suite 400E
2450 Colorado Avenue
Santa Monica, CA 90404
*Counsel for Café Press.Com, Inc.*

This the 22nd day of January, 2008.

/s/ Mychal Sommer Schulz