# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## At Charleston

**ERIK CURRAN,**
    **Plaintiff,**
v.                                              **CIVIL ACTION NO.: 2:07-0354**
                                                **(Judge John T. Copenhaver)**

**AMAZON.COM, INC., a Delaware**
**corporation; GETTY IMAGES, INC.,**
**a Delaware corporation; ST. MARTIN'S**
**PRESS, LLC, a New York corporation;**
**SIDESHOW, INC., a California corporation;**
**HOT TOYS LTD., a business entity incorporated**
**in Hong Kong; and CAFÉPRESS.COM, INC.,**
**a Delaware corporation,**
    **Defendants.**

### NOTICE TO TAKE DEPOSITION OF ERIC CURRAN

To:     Charles M. Love, IV, Esquire
        The Masters Law Firm lc
        181 Summers Street
        Charleston, West Virginia 25301
        *Counsel for Plaintiff*

PLEASE TAKE NOTICE that the defendants, Amazon.com, Inc. and St. Martins Press, LLC, will, by counsel, take the deposition of Eric Curran on Friday, February 22, 2008, beginning at 9:00 a.m. at the offices of Jackson Kelly PLLC, 500 Lee Street, East, 1600 Laidley Tower, Charleston, West Virginia, before an official authorized by law to take depositions. This deposition will be recorded by stenographic means.

You are invited to attend and take such action as you deem appropriate.

                                    **AMAZON.COM, INC. and**
                                    **ST. MARTIN'S PRESS, LLC,**

                                    By Counsel

{C1311292.1}

/s/ David Allen Barnette
David Allen Barnette (WVSB #242)
W. Scott Evans (WVSB #5850)
JACKSON KELLY PLLC
1600 Laidley Tower
Post Office Box 553
Charleston, WV 25322
Phone: (304) 340-1000
Fax: (304) 340-1130
dbarnette@jacksonkelly.com
wsevans@jacksonkelly.com

{C1311292.1}

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## At Charleston

ERIK CURRAN,
    Plaintiff,

v.                                  CIVIL ACTION NO.: 2:07-0354
                                    (Judge John T. Copenhaver)

AMAZON.COM, INC., a Delaware
corporation; GETTY IMAGES, INC.,
a Delaware corporation; ST. MARTIN'S
PRESS, LLC, a New York corporation;
SIDESHOW, INC., a California corporation;
HOT TOYS LTD., a business entity incorporated
in Hong Kong; and CAFÉPRESS.COM, INC.,
a Delaware corporation,
    Defendants.

## CERTIFICATE OF SERVICE

    I, David Allen Barnette, hereby certify that on the 6th day of February, 2008, I electronically filed the foregoing *Notice to Take Deposition of Eric Curran* with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following CM/ECF participant:

                Andrew B. Cooke, Esquire
                Elizabeth L. Taylor, Esquire
                FLAHERTY SENSABAUGH & BONASSO, PLLC
                200 Capitol Street
                Charleston, WV 25301

                Charles M. Love, IV, Esquire
                Marvin W. Masters, Esquire
                The Masters Law Firm
                181 Summers Street
                Charleston, WV 25301

John H. Tinney, Esquire
John H. Tinney, Jr., Esquire
James K. Tinney, Esquire
THE TINNEY LAW FIRM
P. O. Box 3752
Charleston, WV 25337-3752

Ian C. Ballon, Esquire
Wendy M. Mantell, Esquire
GREENBERG TRAURIG
Suite 400E
2450 Colorado Avenue
Santa Monica, CA 90404

Hannah Resnick, Esquire
Marc S. Reiner, Esquire
Dorsey & Whitney LLP
250 Park Avenue
New York, NY 10177-1500

Mychal S. Schulz, Esquire
Dinsmore & Shohl LLP
Post Office Box 11887
900 Lee Street, Suite 600
Charleston, WV 25301

/s/ David Allen Barnette