Dockets.Justia.com

