IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

At Charleston

**ERIK CURRAN,**
**Plaintiff,**
v.

CIVIL ACTION NO.: 2:07-0354
(Judge John T. Copenhaver)

**AMAZON.COM, INC.,** a Delaware
corporation; **GETTY IMAGES, INC.,**
a Delaware corporation; **ST. MARTIN'S**
**PRESS, LLC,** a New York corporation;
**SIDESHOW, INC.,** a California corporation;
**HOT TOYS LTD.,** a business entity incorporated
in Hong Kong; and **CAFÉPRESS.COM, INC.,**
a Delaware corporation,
**Defendants.**

### NOTICE TO TAKE DEPOSITION OF LTC RUSSELL CRANE

To:    LTC Russell Crane
201 Dame Street
St. Albans, WV 25177

Charles M. Love, IV, Esquire
The Masters Law Firm lc
181 Summers Street
Charleston, West Virginia 25301
*Counsel for Plaintiff*

PLEASE TAKE NOTICE that the defendants, Amazon.com, Inc. and St. Martins Press, LLC, will, by counsel, take the deposition of LTC Russell Crane on Thursday, February 21, 2008, beginning at 1:00 p.m. at the offices of Jackson Kelly PLLC, 500 Lee Street, East, 1600 Laidley Tower, Charleston, West Virginia, before an official authorized by law to take depositions. This deposition will be recorded by stenographic means.

You are invited to attend and take such action as you deem appropriate.

**AMAZON.COM, INC. and
ST. MARTIN'S PRESS, LLC,**

By Counsel


/s/ David Allen Barnette
David Allen Barnette (WVSB #242)
W. Scott Evans (WVSB #5850)
JACKSON KELLY PLLC
1600 Laidley Tower
Post Office Box 553
Charleston, WV 25322
Phone: (304) 340-1000
Fax: (304) 340-1130
dbarnette@jacksonkelly.com
wsevans@jacksonkelly.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## At Charleston

ERIK CURRAN,
Plaintiff,

v.  CIVIL ACTION NO.: 2:07-0354
(Judge John T. Copenhaver)

AMAZON.COM, INC., a Delaware
corporation; GETTY IMAGES, INC.,
a Delaware corporation; ST. MARTIN'S
PRESS, LLC, a New York corporation;
SIDESHOW, INC., a California corporation;
HOT TOYS LTD., a business entity incorporated
in Hong Kong; and CAFÉPRESS.COM, INC.,
a Delaware corporation,
   Defendants.

## CERTIFICATE OF SERVICE

I, David Allen Barnette, hereby certify that on the 11th day of February, 2008, I electronically filed the foregoing *Notice to Take Deposition of LTC Russell Crane* with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following CM/ECF participant:

> Andrew B. Cooke, Esquire
> Elizabeth L. Taylor, Esquire
> FLAHERTY SENSABAUGH & BONASSO, PLLC
> 200 Capitol Street
> Charleston, WV 25301
>
> Charles M. Love, IV, Esquire
> Marvin W. Masters, Esquire
> The Masters Law Firm
> 181 Summers Street
> Charleston, WV 25301

{C1311286.1}

John H. Tinney, Esquire
John H. Tinney, Jr., Esquire
James K. Tinney, Esquire
THE TINNEY LAW FIRM
P. O. Box 3752
Charleston, WV 25337-3752

Ian C. Ballon, Esquire
Wendy M. Mantell, Esquire
GREENBERG TRAURIG
Suite 400E
2450 Colorado Avenue
Santa Monica, CA 90404

Hannah Resnick, Esquire
Marc S. Reiner, Esquire
Dorsey & Whitney LLP
250 Park Avenue
New York, NY 10177-1500

Mychal S. Schulz, Esquire
Dinsmore & Shohl LLP
Post Office Box 11887
900 Lee Street, Suite 600
Charleston, WV 25301

                                                /s/ David Allen Barnette