IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

**ERIK CURRAN,**

    **Plaintiff,**

v.                                                CIVIL ACTION NO. 2:07-cv-00354

**AMAZON.COM, INC., GETTY
IMAGES, INC., ST. MARTIN'S
PRESS, LLC, SIDESHOW, INC.,
HOT TOYS, LTD., CAFÉ
PRESS.COM, INC.,**

    **Defendants.**

**STIPULATION FOR EXTENSION OF TIME FOR
HOT TOYS, LTD TO FILE A REPLY IN SUPPORT OF ITS MOTION TO DISMISS**

All parties, by and through counsel, STIPULATE AND AGREE that the time within which Defendant Hot Toys, LTD may file a Reply in Support of its Motion to Dismiss, is extended to and includes the 20th day of February, 2008.

**Prepared by:**

/s/Mychal S. Schulz
Mychal S. Schulz (WV Bar No. 4286)
Ashley C. Pack (WV Bar No. 10477)
Dinsmore & Shohl LLP
Huntington Square
900 Lee Street, Suite 600
Charleston, WV 25301
Telephone (304)357-0900

*Counsel for Hot Toys, LTD*

Curran v. Amazon.Com, Inc. et al        Doc. 66

**HAVE SEEN AND AGREED TO:**

/s/Charles M. Love (by nbt w/permission)
Charles M. Love, Esquire
THE MASTERS LAW FIRM
181 Summers Street
Charleston, WV 25301

*Counsel for Plaintiff*


/s/David A. Barnett (by nbt w/permission)
David A. Barnette, Esquire
W. Scott Evans, Esquire
JACKSON KELLY PLLC
P. O. Box 553
Charleston, WV  25322-0553

*Counsel for Defendant, Amazon.com, Inc.*
*and Counsel for St. Martin's Press, LLC*


/s/Elizabeth L. Taylor (by nbt w/permission)
Andrew B. Cooke, Esquire
Elizabeth L. Taylor, Esquire
FLAHERTY SENSABAUGH & BONASSO
P. O. Box 3843
Charleston, WV  25338-3848

*Counsel for Getty Images, Inc.*


/s/James K. Tinney (by nbt w/permission)
John H. Tinney, Esquire
John H. Tinney, Jr., Esquire
James K. Tinney, Esquire
THE TINNEY LAW FIRM
P. O. Box 3752
Charleston, WV  25337-3752

*Counsel for Defendant Café Press.Com, Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of February, 2008, I filed the foregoing **"Stipulation for Extension of time for Hot Toys, LTD to File a Reply in Support of its Motion to Dismiss"** through the Court's CM/ECF system, which will send notice of such filing to the following:

Charles M. Love, IV, Esquire
THE MASTERS LAW FIRM
181 Summers Street
Charleston, WV 25301
*Counsel for Plaintiff*


David A. Barnette, Esquire
W. Scott Evans, Esquire
JACKSON KELLY PLLC
P.O. Box 553
Charleston, WV 25322-0553
*Counsel for Defendant, Amazon.com, Inc.*
*Counsel for St. Martin's Press, LLC*


Andrew B. Cooke, Esquire
Elizabeth L. Taylor, Esquire
FLAHERTY SENSABAUGH & BONASSO
P.O. Box 3843
Charleston, WV 25338-3848
*Counsel for Getty Images, Inc.*

Stephen M. Rummage, Esquire
DAVIS WRIGHT TREMAINE
Suite 2200
1201 Third Avenue
Seattle, WA 98101-3405
*Counsel for Getty Images, Inc.*

John H. Tinney, Esquire
John H. Tinney, Jr. Esquire
James K. Tinney, Esquire
THE TINNEY LAW FIRM
P.O. Box 3752
Charleston, WV 25337-3752
*Counsel for Defendant Café Press.Com, Inc.*

Ian C. Ballon, Esquire
Wendy M. Mantell, Esquire
GREENBERG TRAURIG
Suite 400E
2450 Colorado Avenue
Santa Monica, CA 90404
*Counsel for Café Press.Com, Inc.*

This the 11th day of February, 2008.

/s/Mychal S. Schulz
Mychal S. Schulz (WV Bar No. 4286)
Ashley C. Pack (WV Bar No. 10477)