IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

ERIK CURRAN

   Plaintiff,

v.                  Civil Action No.  2:07-cv-354
                    (Honorable John T. Copenhaver)

AMAZON.COM, INC.,
a Delaware corporation;
GETTY IMAGES, INC.,
a Delaware corporation;
ST. MARTIN'S PRESS, LLC,
a New York corporation;
SIDESHOW INC., d/b/a SIDESHOW
COLLECTIBLES, a Delaware  corporation
HOT TOYS, LTD., a business entity
incorporated in  Hong Kong;  and
CAFÉ PRESS.COM, INC. a Delaware
corporation,

   Defendants.


**MOTION TO ENFORCE
SETTLEMENT OF DEFENDANTS
AMAZON.COM, GETTY IMAGES, INC.,
<u>ST. MARTIN'S PRESS, LLC AND HOT TOYS, LTD.</u>**

   This day came the plaintiff, Erik C. Curran, by and through his legal counsel, Charles M. Love, IV, and request this Court to enforce settlement with the defendants, Amazon.com,  Getty Images, Inc., St. Martin's Press, LLC and Hot Toys, Ltd.  in the above-styled case.

   In support thereof, plaintiff states as follows:

1. This case was set for trial on July 29, 2008. At the mediation held on April 10, 2008, prior to the trial, plaintiff reached a settlement with Getty Images, Inc., Amazon.com, and St. Martin's Press, LLC jointly for a confidential sum .

2. Also on that date, plaintiff agreed to settle with Hot Toys, Ltd for a confidential sum.

3. On that date it was agreed that plaintiff would receive his monies within fifteen days after the mediation concluded, that being April 25, 2008.

4. To this date, defendants, Getty Images, Inc., Amazon.com, St. Martin's Press, LLC and Hot Toys, Ltd. have yet to forward payment of the settlement monies nor given plaintiff any indication as to when the settlement will be paid in full.

5. On April 18, 2008, May 6, 2008, and May 14, 2008, plaintiff's counsel cooperated with defense counsel's requests and forwarded to them tax identification numbers and/or W-9 forms along with check payment information.

6. It has now been one month and counting since the date of the mediation and plaintiff has received no indication as to when the settlement will be forthcoming from Getty Images, Inc., Amazon.com, St. Martin's Press, LLC and Hot Toys, Ltd.

Plaintiff respectfully moves the Court for a Judgment Order granting the Motion to Enforce Settlement as to the defendants, and each of them, noted

above. Plaintiff further moves for the Court to award interest, costs, and his attorney fees incurred in bringing this Motion.

            ERIK C. CURRAN

            By Counsel

**s/Charles M. Love, IV**
Charles M. Love, IV, Esquire
West Virginia Bar No. 7477
The Masters Law Firm lc
181 Summers Street
Charleston, West Virginia 25301
(304) 342-3106
*Counsel for Plaintiff*
F:\5\725\MO006.doc

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

ERIK CURRAN

      Plaintiff,

v.                                                                           Civil Action No. 2:07-cv-354
                                                                     (Honorable John T. Copenhaver)

AMAZON.COM, INC.,
a Delaware corporation;
GETTY IMAGES, INC.,
a Delaware corporation;
ST. MARTIN'S PRESS, LLC,
a New York corporation;
SIDESHOW INC., d/b/a SIDESHOW
COLLECTIBLES, a Delaware  corporation
HOT TOYS, LTD., a business entity
incorporated in  Hong Kong;  and
CAFÉ PRESS.COM, INC. a Delaware
corporation,

      Defendants.

## CERTIFICATE OF SERVICE

I, Charles M. Love, IV, do hereby certify that true and exact copies of "Motion To Enforce Settlement Of Defendants Amazon.Com, Getty Images, Inc., St. Martin's Press, LLC And Hot Toys, Ltd" were served upon:

        John H. Tinney, Esquire
        The Tinney Law Firm, PLLC
        Bank One Center, 14th Floor
        7097 Virginia Street, East
        Charleston, West Virginia 25301
        Counsel for CafePress.com

        David A. Barnette, Esquire
        Jackson & Kelly
        1600 Laidley Tower

        Post Office Box 553
        Charleston, West Virginia 25322
        Counsel for Amazon.com and St. Martin's Press

        Andrew B. Cooke, Esquire
        Elizabeth L. Taylor, Esquire
        Flaherty Sensabaugh & Bonasson
        Post Office Box 3843
        Charleston, West Virginia  25338-3843
        Counsel for Getty Images, Inc.

        Mychal S. Schulz, Esquire
        Dinsmore & Shohl, LLP
        900 Lee Street, Huntington Sq., Ste. 600
        Post Office Box 11887
        Charleston, West Virginia 25339-1887
        Counsel for Hot Toys, Ltd.

via electronic filing this 14th day of May, 2008; and upon:

        Ian C. Ballon, Esquire
        Wendy M. Mantell, Esquire
        GREENBERG TRAURIG
        Suite 400E
        2450 Colorado Avenue
        Santa Monica, California 90404
        Counsel for CafePress.com

in envelopes properly addressed, stamped and deposited in the regular course of

the United States Mail this 14th day of May, 2008

                                        **s/Charles M. Love, IV**
                                        Charles M. Love, IV, Esquire
                                        West Virginia State Bar No.  7477