IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

| | |
|---|---|
| ERIK CURRAN,<br><br>                Plaintiff,<br><br>-v-<br><br>AMAZON.COM, INC., a Delaware corporation; GETTY IMAGES, INC., a Delaware corporation; ST MARTIN'S PRESS, LLC, a New York corporation; SIDESHOW, INC., d/b/a SIDESHOW COLLECTIBLES, a Delaware corporation; HOT TOYS, LTD., a business entity incorporated in Hong Kong; and CAFÉ PRESS.COM, INC, a Delaware corporation,<br><br>                Defendants. | Civil Action No. 2:07-cv-354<br>(Honorable John T. Copenhaver)<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE** |

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, plaintiff Erik Curran ("Plaintiff") and defendant Hot Toys, Ltd. ("Defendant"), by and through their respective counsel, hereby file this Stipulation for Voluntary Dismissal With Prejudice in this action and state as follows:

1. Plaintiff and Defendant have agreed to settle this action pursuant to a confidential settlement agreement.

2. Plaintiff and Defendant have agreed that each of them shall bear its/his own attorney's fees and costs.

3. All claims asserted in this action against Defendant shall be and hereby are dismissed with prejudice.

| | |
|---|---|
| THE MASTERS LAW FIRM | DINSMORE & SHOHL LLP |
| By: _/s/_ Marvin W. Masters (WVSB# 2359) Charles M. Love, IV (WVSB# 7477) 181 Summers Street Charleston West Virginia 25301 Attorneys for Plaintiff | By: _/s/_ Mychal Sommer Schulz (WVSB# 6092) Ashley Pack (WVSB# 10477) 900 Lee Street Huntington Square, Suite 600 Charleston, West Virginia 25301 Attorneys for Defendant Hot Toys, Ltd. |

**IT IS SO ORDERED**, this 27th day of June, 2008.

_/s/_
Hon. John T. Copenhaver
United States District Judge