IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

AT CHARLESTON

ERIC CURRAN,

      Plaintiff

v.

AMAZON.COM, INC., a Delaware corporation; GETTY IMAGES, INC., a Delaware corporation; ST. MARTIN'S PRESS, LLC, SIDESHOW INC., d/b/a SIDESHOW COLLECTIBLES, a Delaware corporation; HOT TOYS, LTD., a business entity incorporated in Hong Kong; and CAFEPRESS.COM, INC., a Delaware corporation,

      Defendants.

CIVIL ACTION NO. 2:07-0354

STIPULATION AND ORDER FOR DISMISSAL OF CLAIMS AGAINST DEFENDANT CAFEPRESS.COM, INC.

    IT IS HEREBY STIPULATED and agreed, by and between the plaintiff and defendant CafePress.com, Inc. ("CafePress"), through their respective counsel of record, that between them they have reached a settlement resolving all claims at issue in this case and that all claims for relief alleged herein against CafePress be dismissed with prejudice.

    Each party shall bear its own attorney's fees and costs of suit.

**IT IS SO STIPULATED.**

DATED: ~~April~~ June 19, 2008    THE MASTERS LAW FIRM, LC

By: /s/ Charles M. Love
Marvin W. Masters, Esquire
West Virginia State Bar No. 2359
Charles M. Love, IV, Esquire
West Virginia State Bar No. 7477
181 Summers Street
Charleston, West Virginia 25301
(304) 342-3106
Attorneys for Plaintiff

DATED: ~~April~~ June 20, 2008    THE TINNEY LAW FIRM, PLLC

By: /s/ John H. Tinney
John H. Tinney (WV Bar # 3766)
John H. Tinney, Jr. (WV Bar # 6970)
707 Virginia Street, East 14th Floor
Charleston, WV, 25301
Tel: (304) 720-3310
Fax: (304) 720-3315
johntinney@tinneylawfirm.com
jacktinney@tinneylawfirm.com

-and-

GREENBERG TRAURIG LLP
Ian C. Balloon (pro hac vice)
Wendy Mantell (pro hac vice)
2450 Colorado Avenue, Suite 400E
Santa Monica, CA 90404
Tel: (31) 586-7700
Fax: (31) 586-7800
ballon@grtlaw.com
mantell@gtlaw.com
Attorneys for Defendant, CAFEPRESS.COM, INC.

## ORDER DISMISSING CLAIMS

**PURSUANT** to the foregoing stipulation, all of plaintiff's claims for relief against defendant CafePress.com, Inc. herein are dismissed with prejudice. Each party shall bear its own attorney's fees and costs of suit.

**IT IS SO ORDERED.**

DATED: June 27, 2008            By: _____
                                Honorable John T. Copenhaver, Jr.
                                United States District Court Judge