IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

ERIK CURRAN,

      Plaintiff,

v.                                       Civil Action No. 2:07-cv-354
                                             (Honorable John T. Copenhaver)

AMAZON.COM, INC.,
a Delaware corporation;
GETTY IMAGES, INC.,
a Delaware corporation;
ST. MARTIN'S PRESS, LLC,
a New York corporation;
SIDESHOW INC., d/b/a SIDESHOW
COLLECTIBLES, a Delaware corporation
HOT TOYS, LTD., a business entity
incorporated in Hong Kong; and
CAFÉ PRESS.COM, INC. a Delaware
corporation,

      Defendants.

## DISMISSAL ORDER

This day came the plaintiff, Erik Curran, by counsel, represents to the Court that the plaintiff wishes to voluntarily dismiss Sideshow Inc. and moves the Court for an order dismissing this case with prejudice to all parties.

Whereupon, the Court, after mature consideration of the motion, and a review of the file, is of the opinion to, and does hereby ORDER and ADJUDGE that this action be dismissed against Sideshow Inc. and that this case be retired from the docket of this Court.

The Clerk is directed to provide counsel of record a certified copy of this order upon its entry.

Dated this 30th day of July, 2008.

_____
HONORABLE JOHN T. COPENHAVER

_____
Marvin W. Masters, Esquire
West Virginia State Bar No. 2359
Charles M. Love, IV, Esquire
West Virginia State Bar No. 7477
The Masters Law Firm lc
181 Summers Street
Charleston, West Virginia 25301
(304) 342-3106
Counsel for Plaintiff
F:\5\725\O002.doc